## TouchStone Technology Consulting Ops, Inc
### 2022 Sales Forecast and Projections

| Quarter | Month | Technology Services Revenue | Quarter | Month | Healthcare Services Revenue |
|---|---|---|---|---|---|
| | | Revenue | | | Revenue |
| Q1 | Jan | $0.00 | Q1 | Jan | $250,000.00 |
| | Feb | $72,000.00 | | Feb | $250,000.00 |
| | March | $120,000.00 | | March | $250,000.00 |
| | **Total** | **$192,000.00** | | **Total** | **$750,000.00** |
| Q2 | April | $192,000.00 | Q2 | April | $250,000.00 |
| | May | $240,000.00 | | May | $250,000.00 |
| | June | $240,000.00 | | June | $250,000.00 |
| | **Total** | **$672,000.00** | | **Total** | **$750,000.00** |
| Q3 | July | $200,000.00 | Q3 | July | $100,000.00 |
| | Aug | $200,000.00 | | Aug | $100,000.00 |
| | Sep | $200,000.00 | | Sep | $100,000.00 |
| | **Total** | **$600,000.00** | | **Total** | **$300,000.00** |
| Q4 | Oct | $240,000.00 | Q4 | Oct | $100,000.00 |
| | Nov | $240,000.00 | | Nov | $200,000.00 |
| | Dec | $240,000.00 | | Dec | $250,000.00 |
| | **Total** | **$720,000.00** | | **Total** | **$550,000.00** |
| | | | | | |
| **Total Tech Sales** | | $2,184,000.00 | **Total Healthcare Sales** | | $2,350,000.00 |
| **Est GPM 25%** | | $546,000.00 | **Est GPM 18%** | | $235,000.00 |
| | | | | | |
| **Total Sales** | | | | | $4,534,000.00 |
| **Total Est GPM** | | | | | $781,000.00 |

| **Touchstone Technology Consulting Ops,Inc** | | | |
|---|---|---|---|
| **Current Accounts receivable as of 12/6/21** | | | |
| **A/R Aging Summary in (Home Currency)** | | | |
|  | **Total Cost** | **Down Payment Received** | **Balance** |
| **Cambridge Health Alliance** | $525,000.00 | $0.00 | $525,000.00 |
| **Hartford Healthcare** | $526.500.00 | $263,250.00 | $263,250.00 |
| **NorthWest Community Hospital** | $475,000.00 | $237,500.00 | $237,500.00 |
| **Vitality Health Group** | $330,000.00 | $0.00 | $330,000.00 |
|  |  |  |  |
| **Total** | $1,856,500.00 | **$500,750.00** | **$1,355,750.00** |