**THE KELLY FIRM, P.C.**
Bunce D. Atkinson, Esq.
Travis R. Graga, Esq.
1011 Highway 71, Suite 200
Spring Lake, NJ 07762
(732) 449-0525
bunceatkinson@aol.com
tgraga@kbtlaw.com
*Attorneys for the Chapter 7 Trustee*

Order Filed on July 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| In re: | Case No. 21-17470 (KCF) |
|---|---|
| BRIAN W. MEAD, | Honorable Kathryn C. Ferguson |
| Debtor. | Chapter 7 |

### CONSENT ORDER FURTHER EXTENDING
### THE TIME FOR THE CHAPTER 7 TRUSTEE AND/OR
### THE UNITED STATES TRUSTEE TO OBJECT TO THE DEBTOR'S DISCHARGE

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED**.

**THIS MATTER** having been brought before the Court upon the Motion of Bunce D. Atkinson, the chapter 7 trustee (the "Trustee") for the estate of Brian W. Mead, the chapter 7 debtor (the "Debtor"), by and through his counsel, The Kelly Firm, P.C., for entry of an order, pursuant to § § 105 and 727 of the United States Code, 11 U.S.C. § § 101, *et seq.* (the "Bankruptcy Code") and Rule 4004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to extend the time for the Trustee and/or the United States Trustee (the "U.S. Trustee") to file a complaint, pursuant to § § 105 and 727 of the Bankruptcy Code, and any other applicable law, objecting to the Debtor's discharge; and the Court finding notice of this motion having been given to all appropriate parties; and the Court having reviewed the papers filed and the arguments presented, and for good cause shown, it is hereby:

**ORDERED** that the deadline by which the Trustee and/or the U.S. Trustee must file a complaint objecting to the discharge of the Debtor, pursuant to § § 105 and 727 of the Bankruptcy Code, and any other applicable law, shall be and is hereby extended to and including **November 17, 2022.**

**DATED: July 19, 2022**

*[The Remainder of this Page has been Intentionally*

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**ORDERED** that the further extensions to the filing of an extension to file a complaint objecting to the discharge of the Debtor may be granted, subject to the further approval of the Court and the Trustee reserves his rights to respond to any objection.

**AGREED AND STIPULATED:**

| THE KELLY FIRM, P.C. | KARINA PIA LUCID, ESQ., LLC |
|---|---|
| *Counsel to Bunce D. Atkinson, not individually or personally, but as Chapter 7 Trustee for the Debtor Estate of Brian W. Mead* | *Counsel for Debtor, Brian W. Mead* |

By: /s/ Travis R. Graga

Name: TRAVIS R. GRAGA

Date: July 13, 2022

By: _____

Name: KARINA PIA LUCID

Date: July 13, 2022

3