UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 21-17470 |
| BRIAN W. MEAD | Chapter: | 7 |
| | Judge: | KCF |

### NOTICE OF PROPOSED PRIVATE SALE

_____Bunce D. Atkinson_____, _____Chapter 7 Trustee_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ  08608

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on _____December 20, 2022_____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __2__, _____402 East State Street, Trenton, New Jersey_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   108 Locustberry Lane, Unit 105, Jupiter, FL

The sale is As Is , Where Is with no warranties including express, implied, habitability, or fitness for a particular purpose. It is free and clear of all liens, claims, and encumbrances including but not limited to real estate tax liens, tax liens, mortgages and or judgment liens, with liens, claims, and encumbrances if valid to attach to proceeds.

Proposed Purchaser:   JG Wezelenburg

Sale price:  $385,000.00

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:

Amount to be paid:

Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Chapter 7 Trustee

Address: 1011 Highway 71, Suite 200, Spring Lake, NJ 07762

Telephone No.: (732) 449-0525

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Brian W. Mead  
Debtor

Case No. 21-17470-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 4
Date Rcvd: Nov 18, 2022 | Form ID: pdf905 | Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian W. Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004 |
| aty | #+ | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, 1599 Hamburg Turnpike, P.O. Box 2031, Wayne, NJ 07474-2031 |
| aty | + | The Kelly Firm, P.C., 1011 Highway 71, Suite 200, Spring Lake, NJ 07762-3232 |
| sp | + | Alan R. Rosenberg, MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A, 9130 South Dadeland Boulevard, Suite 1800, Miami, FL 33156-7858 |
| auc | + | Auction Advisors, 26 Park Street, Suite 2200, Monclair, NJ 07042-3434 |
| app | + | Benchmark Appraisal, Inc., Fountain 9 Mall, 2153 Highway 35, Sea Girt, NJ 08750-1005 |
| cr | + | Brenda Pearson, 2273 West 21st Street, Los Angeles, CA 90018-1327 |
| cr | + | Brian Eklund, 2273 West 21st Street, Los Angeles, CA 90018-1327 |
| none | + | Cathleen Mead, Rita Ginzburg Law, LLC, 100 Douglas Rd., 2nd Floor, Far Hills, NJ 07931-2512 |
| sp | + | Law Office of Mark Faro, LLC., 151 W. Passaic Street, 2nd Fl Ste 17, Rochelle Park, NJ 07662-3105 |
| app | + | Skyline Appraisals, Inc., 650 Halstead Avenue, Mamaroneck, NY 10543-2742 |
| app | + | Skyline Appraisals, Inc. Inc., 650 Halstead Ave., Mamaroneck, NY 10543-2742 |
| acc | + | Timothy J. King, CPA, 347 Mount Pleasant Avenue, Suite 200, West Orange, NJ 07052-2749 |
| 519529729 | + | Amelia Romando, 127 Hale Ave, White Plains, NY 10605-1415 |
| 519331569 | + | Anasthesia Associates of, Danbury, 6 Germantown Road #5, Danbury, CT 06810-5027 |
| 519551017 | + | Barnabas Health, Inc. d/b/a RWJBH Corporate Servic, 95 Old Short Hills Road, West Orange, New Jersey 07052-1008 |
| 519529723 | + | Brian Eklund & Brenda, Pearson, 2273 W 21st St, Los Angeles, CA 90018-1327 |
| 519331572 | + | Capehart & Scatchard, PA, 8000 Midlantic Drive, Suite 300S, PO BOX 5016, Mount Laurel, NJ 08054-5016 |
| 519550595 | + | Cathleen A. Mead, Rita Ginzburg Law, LLC, 100 Douglas Rd., 2nd Floor, Far Hills, NJ 07931-2512 |
| 519314686 | + | Contemporary Dental Implants, 1825 Barnum Avenue, Suite 303, Stratford, CT 06614-5333 |
| 519314689 | + | Danbury Hospital / Nuvance, 24 Hospital Ave, Danbury, CT 06810-6077 |
| 519529730 | + | Elio Miranda, 116 Hale Ave, White Plains, NY 10605-1416 |
| 519529731 | + | George Lesinck, 135 Seagrape Drive, Unit 204, Jupiter, FL 33458-7888 |
| 519331570 | + | Inspira Medical Center, 333 Irving Avenue, Bridgeton, NJ 08302-2123 |
| 519509414 | + | Inspira Medical Centers, Inc., c/o William G. Wright, Esquire, 8000 Midlantic Drive, Suite 300S, Mount Laurel, NJ 08054-1526 |
| 519331574 | + | John P. Lacey, Esq., Connell Foley, LLP., One Newark Center, 1085 Raymond Blvd., 19th Floor, Newark, NJ 07102-5218 |
| 519504233 | + | Karolyn Prisciandaro Speech Pathology, P.C., Stephen P. Dewey, Esq., P.C. (File 20431, PO Box 2511, Briarcliff Manor, NY 10510-8111 |
| 519529724 | + | Kathleen Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004 |
| 519529722 | + | Keith Bonchi, Esquire, 660 New Road, 1st Fl, Northfield, NJ 08225-1668 |
| 519349743 | | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 519331575 | + | Touchstone Technology Consulting, Ops Inc, 8 Beaver Brook Road, Ridgefield, CT 06877-1004 |
| 519529737 | | Zsuzanna Valisik, 106 Locustberry Lane, Jupiter, FL 33458 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519314687 | | Email/Text: service@creditcenterinc.com | | |

Case 21-17470-KCF    Doc 176    Filed 11/20/22    Entered 11/21/22 00:17:16    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2022 | Form ID: pdf905 | Total Noticed: 46 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 18 2022 20:41:00 | Credit Center Inc, Attn: Bankruptcy, 7 Finance Drive, Danbury, CT 06810 |
| 519314688 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 18 2022 20:44:22 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519323652 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 18 2022 20:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519314684 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 18 2022 20:44:36 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519314685 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 18 2022 20:44:35 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 519328603 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 18 2022 20:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519453449 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 20:44:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519483151 | + | Email/Text: legalservices@pbctax.com | Nov 18 2022 20:41:00 | Palm Beach County Tax Collector, Attn. Legal Services, P.O. Box 3715, West Palm Beach, FL 33402-3715 |
| 519453411 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 20:44:24 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519314690 | + | Email/Text: bankruptcy@sw-credit.com | Nov 18 2022 20:41:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 519331573 | + | Email/Text: ebn@rwjbh.org | Nov 18 2022 20:42:00 | Saint Barnabas Medical Center, 94 Old Short Hills Road, Livingston, NJ 07039-5668 |
| 519484482 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2022 20:41:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519331571 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 4 |
| Date Rcvd: Nov 18, 2022 | Form ID: pdf905 | Total Noticed: 46 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan P. Fox | on behalf of Plaintiff Inspira Medical Centers  Inc. afox@capehart.com, tsims@capehart.com |
| Alan P. Fox | on behalf of Creditor Inspira Medical Center  Inc. afox@capehart.com, tsims@capehart.com |
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov |
| Andrew J. Kelly | on behalf of Attorney The Kelly Firm  P.C. akelly@kbtlaw.com, wsheridan@kbtlaw.com;sbrenner@kbtlaw.com |
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com  wsheridan@kbtlaw.com;sbrenner@kbtlaw.com |
| Anne S. Cantwell | on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com fmcallister@shermansilverstein.com;jbaugh@shermansilverstein.com |
| Bunce Atkinson | on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Bunce Atkinson | bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| David L. Stevens | on behalf of Attorney Scura  Wigfield, Heyer, Stevens & Cammarota, LLP dstevens@scura.com, ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| John P. Lacey | on behalf of Creditor Barnabas Health  Inc. jlacey@connellfoley.com |
| Karina Pia Lucid | on behalf of Defendant Brian W. Mead klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Debtor Brian W. Mead klucid@karinalucidlaw.com  15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Keith A. Bonchi | on behalf of Creditor Brenda Pearson keith@gmslaw.com |
| Keith A. Bonchi | on behalf of Creditor Brian Eklund keith@gmslaw.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Margarita Y. Ginzburg | on behalf of Unknown Role Type Cathleen Mead djcarragher@ecf.inforuptcy.com |
| Michael A. Artis | on behalf of U.S. Trustee United States Trustee michael.a.artis@usdoj.gov |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Philip William Allogramento | on behalf of Creditor Barnabas Health  Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com |
| Philip William Allogramento | on behalf of Plaintiff Barnabas Health  Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Travis Graga | on behalf of Trustee Bunce Atkinson tgraga@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William Charles Gattoni, Jr. | |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Nov 18, 2022 | Form ID: pdf905 | Total Noticed: 46

on behalf of Creditor Barnabas Health Inc. wgattoni@connellfoley.com

William G. Wright
    on behalf of Plaintiff Inspira Medical Centers Inc. wwright@capehart.com, jlafferty@capehart.com

William G. Wright
    on behalf of Creditor Inspira Medical Center Inc. wwright@capehart.com, jlafferty@capehart.com

TOTAL: 27