Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21–17470–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian W. Mead
   8 Beaver Brook Road
   Ridgefield, CT 06877

Social Security No.:
   xxx–xx–5344

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Michael Brown , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

108 Locustberry Lane, Unit 105, Jupiter, FL

Dated: December 14, 2022
JAN: mjb

Jeanne Naughton
Clerk