| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| THE KELLY FIRM, P.C.<br>Andrew J. Kelly, Esq.<br>Bunce D. Atkinson, Esq.<br>1011 Highway 71, Suite 200<br>Spring Lake, NJ  07762<br>Attorneys for Bunce D. Atkinson, the Chapter 7 Trustee<br>732-449-0525<br>akelly@kbtlaw.com | Order Filed on December 15, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>     BRIAN W. MEAD,<br>                              Debtor. | Case No.:       21-17470<br><br>Hearing Date:  12/14/2022<br><br>Judge:              KCF<br><br>Chapter:           7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 15, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| The Kelly Firm, P.C. | $99,186.00 | $645.60 |

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Brian W. Mead  
    Debtor

Case No. 21-17470-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Dec 16, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian W. Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan P. Fox | on behalf of Creditor Inspira Medical Center Inc. afox@capehart.com, whorton@capehart.com |
| Alan P. Fox | on behalf of Plaintiff Inspira Medical Centers Inc. afox@capehart.com, whorton@capehart.com |
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov |
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com wsheridan@kbtlaw.com;sbrenner@kbtlaw.com |
| Andrew J. Kelly | on behalf of Attorney The Kelly Firm P.C. akelly@kbtlaw.com, wsheridan@kbtlaw.com;sbrenner@kbtlaw.com |
| Anne S. Cantwell | on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com |

Case 21-17470-KCF    Doc 181    Filed 12/18/22    Entered 12/19/22 00:14:35    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 16, 2022 | Form ID: pdf903 | Total Noticed: 1 |

fmcallister@shermansilverstein.com;jbaugh@shermansilverstein.com

Bunce Atkinson
  on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com
  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
  bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

David L. Stevens
  on behalf of Attorney Scura Wigfield, Heyer, Stevens & Cammarota, LLP dstevens@scura.com,
  ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com

Denise E. Carlon
  on behalf of Creditor MEB Loan Trust VII dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

John P. Lacey
  on behalf of Creditor Barnabas Health Inc. jlacey@connellfoley.com

Karina Pia Lucid
  on behalf of Debtor Brian W. Mead klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Karina Pia Lucid
  on behalf of Defendant Brian W. Mead klucid@karinalucidlaw.com
  15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Keith A. Bonchi
  on behalf of Creditor Brian Eklund keith@gmslaw.com

Keith A. Bonchi
  on behalf of Creditor Brenda Pearson keith@gmslaw.com

Margaret Mcgee
  on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Margarita Y. Ginzburg
  on behalf of Unknown Role Type Cathleen Mead djcarragher@ecf.inforuptcy.com

Michael A. Artis
  on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael A. Artis
  on behalf of U.S. Trustee United States Trustee michael.a.artis@usdoj.gov

Philip William Allogramento
  on behalf of Creditor Barnabas Health Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento
  on behalf of Plaintiff Barnabas Health Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Phillip Andrew Raymond
  on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com,
  mccallaecf@ecf.courtdrive.com

Travis Graga
  on behalf of Trustee Bunce Atkinson tgraga@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
  USTPRegion03.NE.ECF@usdoj.gov

William Charles Gattoni, Jr.
  on behalf of Creditor Barnabas Health Inc. wgattoni@connellfoley.com

William G. Wright
  on behalf of Plaintiff Inspira Medical Centers Inc. wwright@capehart.com, jlafferty@capehart.com

William G. Wright
  on behalf of Creditor Inspira Medical Center Inc. wwright@capehart.com, jlafferty@capehart.com

TOTAL: 28