UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:                                    *

BRAIN W. MEAD,                            *    CASE NO. 21-17470/KCF

               Debtor         *    (CHAPTER 7)

                                 *

************************************************************************

TRUSTEE'S REPORT OF SALE

DATE OF SALE:       January 5, 2023

TYPE OF SALE:       Private Sale

PROPERTY SOLD:   108 Locustberry Lane #105, Jupiter, FL

PURCHASERS:         JG Wezelenburg

PRICE:                      $385,000.00

TRUSTEE'S ESTIMATED COMMISSION:  $11,550.00 and subject to Court approval.

TRUSTEE'S ATTORNEY'S ESTIMATED FEES: unknown at this time; subject to Court approval.

LIENS PAID FROM SALE: $46,609.68

ANTICIPATED NET TO ESTATE: $329,959.04

BANK WHERE NET TO ESTATE IS INVESTED:  TriState Capital Bank

AMOUNT DISBURSED TO DATE/RETAINED BY TRUSTEE: $0/$329,959.04

DATE: 1/9/23                                    /s/Bunce D. Atkinson, Trustee
                                                           BUNCE D. ATKINSON, Ch. 7 Trustee
                                                           1011 Highway 71, Suite 200
                                                           Spring Lake, NJ  07762
                                                           (732) 449-0525

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 5th day of January, 2023, copies of the foregoing Report of Sale were served as follows:

**via CM/ECF Service and First Class Mail:**

Karina Pia Lucid, Esquire
1065 Route 22 West
Suite 2b
Bridgewater, NJ 08807
Attorney for Debtor

Office of the U.S. Trustee
One Newark Center
1085 Raymond Boulevard
Suite 2100
Newark, NJ 07102

**via First Class Mail:**

Brian W. Mead
8 Beaver Brook Road
Ridgefield, CT 06877
Debtor

William G. Wright, Esquire
Capehart & Scatchard, PA
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, NJ 08054
Attorney for Inspira Medical Center, Inc., Creditor

McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite 300
Iselin, NJ 08830
Attorneys for JPMorgan Chase Bank, Secured Creditor

Connell Foley, LLP
John P. Lacey, Esquire
1085 Raymond Boulevard, 19th Floor
Newark, NJ 07102
Attorney for Barnabas Health, Inc., Creditor

Connell Foley, LLP
William C. Gattoni, Jr., Esquire
1085 Raymond Boulevard, 19th Floor
Newark, NJ 07102
Attorney for Barnabas Health, Inc., Creditor

/s/Bunce D. Atkinson, Trustee
BUNCE D. ATKINSON, Ch 7 Trustee