UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)

In re:

Brian W. Mead,

        Debtor(s).

Case No. 21-17470-KCF
Chapter 7

**FILED**
JEANNE A. NAUGHTON, CLERK
JAN 23 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

## PALM BEACH COUNTY TAX COLLECTOR'S WITHDRAWAL OF CLAIM NO. 8

ANNE M. GANNON, Tax Collector, Palm Beach County ("GANNON"), by and through her undersigned attorney, files this withdrawal of Claim No. 8. The 2021 taxes are now paid in full on the Real Property Taxes for Property Control Number 30-42-41-12-19-035-1050.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Palm Beach County Tax Collector's Withdrawal of Claim No. 8* has been furnished by *U.S. Mail, this 12th day of January 2023* to Karina Pia Lucid, Esq., Karina Pia Lucid, ESQ., LLC; 1065 Route 22 West, Suite 2b, Bridgewater, New Jersey 08807; Bunce Atkinson, Bunce D. Atkinson, Chapter 7 Trustee, 1011 Highway 71, Suite 200, Spring Lake, New Jersey 07762; Michael A. Artis, United States Department of Justice, Office of the United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102.

Respectfully submitted,
Hampton Peterson, Esq.
Florida Bar No. 331384
Office of the Tax Collector
Post Office Box 3715
West Palm Beach, Florida 33402-3715
Telephone: (561) 355-2141
Facsimile: (561) 355-1110
Email: LegalServices@pbctax.com

By: _____
Attorney for Anne M. Gannon
Constitutional Tax Collector
Serving Palm Beach County



# ANNE M. GANNON
**CONSTITUTIONAL TAX COLLECTOR**
*Serving Palm Beach County*
Serving *you*.
www.pbctax.com | @TAXPBC

Governmental Center
301 N. Olive Avenue, 3rd Floor
West Palm Beach, FL 33401

**Mailing Address**
Post Office Box 3715
West Palm Beach, FL 33402-3715

Tel (561) 355-2264 • Fax (561) 355-4123

Direct Line: (561) 355-1529

January 12, 2023

United States Bankruptcy Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: Brian W. Mead
    Chapter 7, Case No. 21-17470-KCF

Dear Clerk:

Enclosed for filing is Palm Beach County Tax Collector's Withdrawal of Claim No. 8 for the 2021 taxes. Please date stamp the enclosed copy and return it to me in the self-addressed, stamped envelope.

Thank you for your attention to this matter.

Sincerely,

Lori Larsen
Paralegal



PRESORTED
FIRST CLASS

United States Bankruptcy Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

**ANNE M. GANNON**
CONSTITUTIONAL TAX COLLECTOR
*Serving Palm Beach County*
**Serving *you*.**
P.O. Box 3715 • West Palm Beach, FL 33402-3715

