**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> BRIAN W. MEAD, <br><br> Debtor. | Chapter 7 Case No.: 21-17470 (KCF) |
| Barnabas Health, Inc. d/b/a RWJBH Corporate Services Inc. <br><br> Plaintiff, <br><br> vs. <br><br> Brian W. Mead, <br><br> Defendant. | Adv. Pro. No.: 22-01028 (KCF) <br><br> Judge: Hon. Kathryn C. Ferguson |

**NOTICE OF PROPOSED COMPROMISE OR SETTLEMENT OF CONTROVERSY**

      Barnabas Health, Inc. d/b/a RWJBH Corporate Services Inc. ("Barnabas Health"), Plaintiff in the above-captioned Adversary Proceeding and creditor in this Chapter 7 Bankruptcy case, proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

      Address of the Clerk:        Clerk, United States Bankruptcy Court
                                              402 East State Street
                                              Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson, United States Bankruptcy Judge, on Tuesday, February 21, 2023 at 10:00 a.m. at the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey, Courtroom No. 2.

If no objection is filed the Clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of action:** Barnabas Health filed an Adversary Proceeding objecting to the discharge of Debtor's debt pursuant to 11 U.S.C. § 523, seeking to except from discharge Plaintiff's debt in the amount of $1,375,000.00.

16329/132975

6917082-1

**Pertinent terms of settlement:** Barnabas Health and Debtor agree to settle the matter by way of an acknowledgment by Debtor that he is indebted to Barnabas Health in the total amount of $600,000.00 and that such debt is non-dischargeable, and pursuant to other terms as set forth on attached Stipulation of Settlement.

Objections must be also be served on, and requests for additional information directed to:

| Philip W. Allogramento III, Esq.<br>CONNELL FOLEY LLP<br>56 Livingston Avenue<br>Roseland, New Jersey 07068<br>Tel: (973) 535-0500<br>Counsel for Plaintiff, Barnabas Health, Inc. d/b/a RWJBH Corporate Services Inc. | Karina Pia Lucid, Esq.<br>LUCID LAW, DEBT RELIEF ATTORNEYS<br>1065 Route 22 West, Suite 2B<br>Bridgewater, New Jersey 08807<br>Tel (908) 350-7505<br>Counsel for Debtor-Defendant, Brian W. Mead |

United States Bankruptcy Court

District of New Jersey

In re:  
Brian W. Mead  
    Debtor

Case No. 21-17470-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 4  
Date Rcvd: Jan 23, 2023    Form ID: pdf905    Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian W. Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004 |
| aty | #+ | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, 1599 Hamburg Turnpike, P.O. Box 2031, Wayne, NJ 07474-2031 |
| aty | + | The Kelly Firm, P.C., 1011 Highway 71, Suite 200, Spring Lake, NJ 07762-3232 |
| sp | + | Alan R. Rosenberg, MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A, 9130 South Dadeland Boulevard, Suite 1800, Miami, FL 33156-7858 |
| auc | + | Auction Advisors, 26 Park Street, Suite 2200, Monclair, NJ 07042-3434 |
| app | + | Benchmark Appraisal, Inc., Fountain 9 Mall, 2153 Highway 35, Sea Girt, NJ 08750-1005 |
| cr | + | Brenda Pearson, 2273 West 21st Street, Los Angeles, CA 90018-1327 |
| cr | + | Brian Eklund, 2273 West 21st Street, Los Angeles, CA 90018-1327 |
| none | + | Cathleen Mead, Rita Ginzburg Law, LLC, 100 Douglas Rd., 2nd Floor, Far Hills, NJ 07931-2512 |
| sp | + | Law Office of Mark Faro, LLC., 151 W. Passaic Street, 2nd Fl Ste 17, Rochelle Park, NJ 07662-3105 |
| app | + | Skyline Appraisals, Inc., 650 Halstead Avenue, Mamaroneck, NY 10543-2742 |
| app | + | Skyline Appraisals, Inc. Inc., 650 Halstead Ave., Mamaroneck, NY 10543-2742 |
| acc | + | Timothy J. King, CPA, 347 Mount Pleasant Avenue, Suite 200, West Orange, NJ 07052-2749 |
| 519529729 | + | Amelia Romando, 127 Hale Ave, White Plains, NY 10605-1415 |
| 519331569 | + | Anasthesia Associates of, Danbury, 6 Germantown Road #5, Danbury, CT 06810-5027 |
| 519551017 | + | Barnabas Health, Inc. d/b/a RWJBH Corporate Servic, 95 Old Short Hills Road, West Orange, New Jersey 07052-1008 |
| 519529723 | + | Brian Eklund & Brenda, Pearson, 2273 W 21st St, Los Angeles, CA 90018-1327 |
| 519331572 | + | Capehart & Scatchard, PA, 8000 Midlantic Drive, Suite 300S, PO BOX 5016, Mount Laurel, NJ 08054-5016 |
| 519550595 | + | Cathleen A. Mead, Rita Ginzburg Law, LLC, 100 Douglas Rd., 2nd Floor, Far Hills, NJ 07931-2512 |
| 519314686 | + | Contemporary Dental Implants, 1825 Barnum Avenue, Suite 303, Stratford, CT 06614-5333 |
| 519314689 | + | Danbury Hospital / Nuvance, 24 Hospital Ave, Danbury, CT 06810-6077 |
| 519529730 | + | Elio Miranda, 116 Hale Ave, White Plains, NY 10605-1416 |
| 519529731 | + | George Lesinck, 135 Seagrape Drive, Unit 204, Jupiter, FL 33458-7888 |
| 519331570 | + | Inspira Medical Center, 333 Irving Avenue, Bridgeton, NJ 08302-2123 |
| 519509414 | + | Inspira Medical Centers, Inc., c/o William G. Wright, Esquire, 8000 Midlantic Drive, Suite 300S, Mount Laurel, NJ 08054-1526 |
| 519331574 | + | John P. Lacey, Esq., Connell Foley, LLP., One Newark Center, 1085 Raymond Blvd., 19th Floor, Newark, NJ 07102-5218 |
| 519504233 | + | Karolyn Prisciandaro Speech Pathology, P.C., Stephen P. Dewey, Esq., P.C. (File 20431, PO Box 2511, Briarcliff Manor, NY 10510-8111 |
| 519529724 | + | Kathleen Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004 |
| 519529722 | + | Keith Bonchi, Esquire, 660 New Road, 1st Fl, Northfield, NJ 08225-1668 |
| 519349743 | | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 519331575 | + | Touchstone Technology Consulting, Ops Inc, 8 Beaver Brook Road, Ridgefield, CT 06877-1004 |
| 519529737 | | Zsuzanna Valisik, 106 Locustberry Lane, Jupiter, FL 33458 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 23 2023 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 23 2023 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519314687 | | Email/Text: service@creditcenterinc.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 23 2023 20:57:00 | Credit Center Inc, Attn: Bankruptcy, 7 Finance Drive, Danbury, CT 06810 |
| 519314688 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 23 2023 21:02:05 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519323652 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 23 2023 20:57:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519314684 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 23 2023 21:02:33 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519314685 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 23 2023 21:02:33 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 519328603 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 23 2023 20:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519453449 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2023 21:02:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519483151 | + | Email/Text: legalservices@pbctax.com | Jan 23 2023 20:57:00 | Palm Beach County Tax Collector, Attn. Legal Services, P.O. Box 3715, West Palm Beach, FL 33402-3715 |
| 519453411 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2023 21:02:43 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519314690 | + | Email/Text: bankruptcy@sw-credit.com | Jan 23 2023 20:57:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 519331573 | + | Email/Text: ebn@rwjbh.org | Jan 23 2023 20:58:00 | Saint Barnabas Medical Center, 94 Old Short Hills Road, Livingston, NJ 07039-5668 |
| 519484482 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 23 2023 20:57:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519331571 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2023            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 4 |
| Date Rcvd: Jan 23, 2023 | Form ID: pdf905 | Total Noticed: 46 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan P. Fox | on behalf of Plaintiff Inspira Medical Centers  Inc. afox@capehart.com, whorton@capehart.com |
| Alan P. Fox | on behalf of Creditor Inspira Medical Center  Inc. afox@capehart.com, whorton@capehart.com |
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov |
| Andrew J. Kelly | on behalf of Attorney The Kelly Firm  P.C. akelly@kbtlaw.com, wsheridan@kbtlaw.com |
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com  wsheridan@kbtlaw.com |
| Anne S. Cantwell | on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com  fmcallister@shermansilverstein.com;jbaugh@shermansilverstein.com |
| Bunce Atkinson | on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Bunce Atkinson | bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| David L. Stevens | on behalf of Attorney Scura  Wigfield, Heyer, Stevens & Cammarota, LLP dstevens@scura.com, ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust VII dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John P. Lacey | on behalf of Creditor Barnabas Health  Inc. jlacey@connellfoley.com |
| Karina Pia Lucid | on behalf of Defendant Brian W. Mead klucid@karinalucidlaw.com  15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Debtor Brian W. Mead klucid@karinalucidlaw.com  15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Keith A. Bonchi | on behalf of Creditor Brenda Pearson keith@gmslaw.com |
| Keith A. Bonchi | on behalf of Creditor Brian Eklund keith@gmslaw.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Margarita Y. Ginzburg | on behalf of Unknown Role Type Cathleen Mead djcarragher@ecf.inforuptcy.com |
| Michael A. Artis | on behalf of U.S. Trustee United States Trustee michael.a.artis@usdoj.gov |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Philip William Allogramento | on behalf of Creditor Barnabas Health  Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com |
| Philip William Allogramento | on behalf of Plaintiff Barnabas Health  Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Travis Graga | on behalf of Trustee Bunce Atkinson tgraga@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | |

District/off: 0312-3 User: admin Page 4 of 4
Date Rcvd: Jan 23, 2023 Form ID: pdf905 Total Noticed: 46

               USTPRegion03.NE.ECF@usdoj.gov

William Charles Gattoni, Jr.
               on behalf of Creditor Barnabas Health  Inc. wgattoni@connellfoley.com

William G. Wright
               on behalf of Plaintiff Inspira Medical Centers  Inc. wwright@capehart.com, jlafferty@capehart.com

William G. Wright
               on behalf of Creditor Inspira Medical Center  Inc. wwright@capehart.com, jlafferty@capehart.com

TOTAL: 28