Rita Ginzburg Law, LLC
100 Douglas Rd.
2nd Floor
Far Hills, NJ 07931
Tel:  732.208.8425
ginzburg.myg@gmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

----------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Honorable Katherine C. Ferguson |
| | : | |
| BRIAN W. MEAD, | : | Chapter 7 (converted from Chapter 11) |
| | : | |
| Debtor | : | Case No. 21- 17470 (KCF) |

----------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE OF RITA GINZBURG LAW, LLC AS COUNSEL TO MRS. CATHLEEN MEAD AND REQUEST FOR REMOVAL FROM NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Rita Ginzburg Law, LLC and Margarita Y. Ginzburg, Esq. hereby withdraw their appearance as counsel to Mrs. Cathleen Mead in the above referenced bankruptcy case of Brian W. Mead and request that they be removed from CM/ECF electronic noticing/service list and all other service lists in this case.

Dated: January 30, 2023
        Far Hills, New Jersey

                                                    RITA GINZBURG LAW, LLC

                                                    By: */s/ Margarita Y. Ginzburg*

                                                    Margarita Y. Ginzburg, Esq.

                                                    *Counsel for Mrs. Mead*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 30, 2023, a copy of the Notice of Withdrawal of Appearance of Rita Ginzburg Law, LLC as Counsel to Mrs. Cathleen Mead And Request For Removal From Notice And Service Of Papers was filed electronically. Notice of this filing will be sent through the Court's Electronic Case Filing System ("ECF System") via e-mail to all parties receiving such notice by operation of the ECF System. Parties may access said filing through the ECF System.

    I hereby certify that the foregoing statements made by me are true.

Dated: Janaury 30, 2023
       Far Hills, New Jersey

                                        RITA GINZBURG LAW, LLC

                                        By: */s/ Margarita Y. Ginzburg*

                                        Margarita Y. Ginzburg, Esq.

                                        *Counsel for Mrs. Mead*