Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                         Case No.:  21−17470−KCF
                         Chapter:  7
                         Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian W. Mead
   8 Beaver Brook Road
   Ridgefield, CT 06877

Social Security No.:
   xxx−xx−5344

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I  Michael Brown , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Proposed Compromise or Settlement of Controversy:

Description of Property (if applicable):

Settlement of Adversary Proceeding Objecting to Dischargeability


Dated: February 15, 2023
JAN: mjb

                                                                                   Jeanne Naughton
                                                                                    Clerk