**THE KELLY FIRM, P.C.**
Bunce D. Atkinson, Esq.
Andrew Kelly Esq.
1011 Highway 71, Suite 200
Spring Lake, NJ 07762
(732) 449-0525
bunceatkinson@aol.com
akelly@kbtlaw.com
*Attorneys for the Chapter 7 Trustee*

Order Filed on February 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BRIAN W. MEAD,<br><br>        Debtor. | Case No. 21-17470 (KCF)<br><br>Honorable Kathryn C. Ferguson<br><br>Chapter 7 |

## CONSENT ORDER FURTHER EXTENDING
## THE TIME FOR THE CHAPTER 7 TRUSTEE AND/OR
## THE UNITED STATES TRUSTEE TO OBJECT TO THE DEBTOR'S DISCHARGE

The relief set forth on the following pages, is hereby **ORDERED**.

**DATED: February 15, 2023**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Brian W. Mead |
| Case No.: | 21-17470 (KCF) |
| Caption of Order: | Consent Order Further Extending the Time for the Chapter 7 Trustee and/or the United States Trustee to Object to the Debtor's Discharge |

_____

**THIS MATTER** having been brought before the Court upon the Motion[1] of Bunce D. Atkinson, the chapter 7 trustee (the "Trustee") for the estate of Brian W. Mead, the chapter 7 debtor (the "Debtor"), by and through his counsel, The Kelly Firm, P.C., for entry of an order, pursuant to § § 105 and 727 of the United States Code, 11 U.S.C. § § 101, *et seq.* (the "Bankruptcy Code") and Rule 4004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to extend the time for the Trustee and/or the United States Trustee (the "U.S. Trustee") to file a complaint, pursuant to § § 105 and 727 of the Bankruptcy Code, and any other applicable law, objecting to the Debtor's discharge; and the Court finding notice of this motion having been given to all appropriate parties; and the Court having reviewed the papers filed and the arguments presented, and for good cause shown, it is hereby:

**ORDERED** that the deadline by which the Trustee and/or the U.S. Trustee must file a complaint objecting to the discharge of the Debtor, pursuant to § § 105 and 727 of the Bankruptcy Code, and any other applicable law, shall be and is hereby extended to and including May 15, 2023

*[The Remainder of this Page has been Intentionally Left Blank]*

_____

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Application.

(Page 3)

| | |
|---|---|
| Debtor: | Brian W. Mead |
| Case No.: | 21-17470 (KCF) |
| Caption of Order: | Consent Order Further Extending the Time for the Chapter 7 Trustee and/or the United States Trustee to Object to the Debtor's Discharge |

**ORDERED** that the further extensions to the filing of an extension to file a complaint

objecting to the discharge of the Debtor may be granted, subject to the further approval of the

Court and the Trustee reserves his rights to respond to any objection.

**AGREED AND STIPULATED:**

THE KELLY FIRM, P.C.                          KARINA PIA LUCID, ESQ., LLC

*Counsel to Bunce D. Atkinson, not individually*     *Counsel for Debtor, Brian W. Mead*
*or personally, but as Chapter 7 Trustee for the*
*Debtor Estate of Brian W. Mead*

By: */s/ Andrew J. Kelly*                      By: _____

Name: **ANDREW J. KELLY**                      Name: **KARINA PIA LUCID**

Date: February 13, 2023                        Date: February 13, 2023