**THE KELLY FIRM, P.C.**
Bunce D. Atkinson, Esq.
Andrew Kelly Esq.
1011 Highway 71, Suite 200
Spring Lake, NJ 07762
(732) 449-0525
bunceatkinson@aol.com
akelly@kbtlaw.com
*Attorneys for the Chapter 7 Trustee*



**Order Filed on February 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BRIAN W. MEAD,<br><br>        Debtor. | Case No. 21-17470 (KCF)<br><br>Honorable Kathryn C. Ferguson<br><br>Chapter 7 |

**CONSENT ORDER FURTHER EXTENDING**
**THE TIME FOR THE CHAPTER 7 TRUSTEE AND/OR**
**THE UNITED STATES TRUSTEE TO OBJECT TO THE DEBTOR'S DISCHARGE**

    The relief set forth on the following pages, is hereby **ORDERED**.

**DATED: February 15, 2023**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Brian W. Mead |
| Case No.: | 21-17470 (KCF) |
| Caption of Order: | Consent Order Further Extending the Time for the Chapter 7 Trustee and/or the United States Trustee to Object to the Debtor's Discharge |

---

**THIS MATTER** having been brought before the Court upon the Motion[1] of Bunce D. Atkinson, the chapter 7 trustee (the "Trustee") for the estate of Brian W. Mead, the chapter 7 debtor (the "Debtor"), by and through his counsel, The Kelly Firm, P.C., for entry of an order, pursuant to § § 105 and 727 of the United States Code, 11 U.S.C. § § 101, *et seq.* (the "Bankruptcy Code") and Rule 4004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to extend the time for the Trustee and/or the United States Trustee (the "U.S. Trustee") to file a complaint, pursuant to § § 105 and 727 of the Bankruptcy Code, and any other applicable law, objecting to the Debtor's discharge; and the Court finding notice of this motion having been given to all appropriate parties; and the Court having reviewed the papers filed and the arguments presented, and for good cause shown, it is hereby:

**ORDERED** that the deadline by which the Trustee and/or the U.S. Trustee must file a complaint objecting to the discharge of the Debtor, pursuant to § § 105 and 727 of the Bankruptcy Code, and any other applicable law, shall be and is hereby extended to and including May 15, 2023

*[The Remainder of this Page has been Intentionally Left Blank]*

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Application.

(Page 3)

| | |
|---|---|
| Debtor: | Brian W. Mead |
| Case No.: | 21-17470 (KCF) |
| Caption of Order: | Consent Order Further Extending the Time for the Chapter 7 Trustee and/or the United States Trustee to Object to the Debtor's Discharge |

**ORDERED** that the further extensions to the filing of an extension to file a complaint objecting to the discharge of the Debtor may be granted, subject to the further approval of the Court and the Trustee reserves his rights to respond to any objection.

**AGREED AND STIPULATED:**

THE KELLY FIRM, P.C.
*Counsel to Bunce D. Atkinson, not individually or personally, but as Chapter 7 Trustee for the Debtor Estate of Brian W. Mead*

KARINA PIA LUCID, ESQ., LLC
*Counsel for Debtor, Brian W. Mead*

By: /s/ Andrew J. Kelly

By:

Name: **ANDREW J. KELLY**

Name: **KARINA PIA LUCID**

Date: February 13, 2023

Date: February 13, 2023

United States Bankruptcy Court

District of New Jersey

In re:                                                                        Case No. 21-17470-KCF

Brian W. Mead                                                                  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                              Page 1 of 2

Date Rcvd: Feb 15, 2023                       Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

| Recip ID | | Recipient Name and Address |
|----------|---|----------------------------|
| db | + | Brian W. Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed
below:**

| Name | Email Address |
|------|---------------|
| Alan P. Fox | on behalf of Creditor Inspira Medical Center  Inc. afox@capehart.com, whorton@capehart.com |
| Alan P. Fox | on behalf of Plaintiff Inspira Medical Centers  Inc. afox@capehart.com, whorton@capehart.com |
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov |
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com  wsheridan@kbtlaw.com |
| Andrew J. Kelly | on behalf of Attorney The Kelly Firm  P.C. akelly@kbtlaw.com, wsheridan@kbtlaw.com |
| Anne S. Cantwell | on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com |

| | |
|---|---|
| | fmcallister@shermansilverstein.com;jbaugh@shermansilverstein.com |
| Bunce Atkinson | |
| | on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com<br>NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Bunce Atkinson | |
| | bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| David L. Stevens | |
| | on behalf of Attorney Scura  Wigfield, Heyer, Stevens & Cammarota, LLP dstevens@scura.com,<br>ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@<br>scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | |
| | on behalf of Creditor MEB Loan Trust VII dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John P. Lacey | |
| | on behalf of Creditor Barnabas Health  Inc. jlacey@connellfoley.com |
| Karina Pia Lucid | |
| | on behalf of Debtor Brian W. Mead klucid@karinalucidlaw.com  15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | |
| | on behalf of Defendant Brian W. Mead klucid@karinalucidlaw.com<br>15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Keith A. Bonchi | |
| | on behalf of Creditor Brian Eklund keith@gmslaw.com |
| Keith A. Bonchi | |
| | on behalf of Creditor Brenda Pearson keith@gmslaw.com |
| Margaret Mcgee | |
| | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Michael A. Artis | |
| | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael A. Artis | |
| | on behalf of U.S. Trustee United States Trustee michael.a.artis@usdoj.gov |
| Philip William Allogramento | |
| | on behalf of Creditor Barnabas Health  Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com |
| Philip William Allogramento | |
| | on behalf of Plaintiff Barnabas Health  Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com |
| Phillip Andrew Raymond | |
| | on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com,<br>mccallaecf@ecf.courtdrive.com |
| Travis Graga | |
| | on behalf of Trustee Bunce Atkinson tgraga@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| William Charles Gattoni, Jr. | |
| | on behalf of Creditor Barnabas Health  Inc. wgattoni@connellfoley.com |
| William G. Wright | |
| | on behalf of Plaintiff Inspira Medical Centers  Inc. wwright@capehart.com, jlafferty@capehart.com |
| William G. Wright | |
| | on behalf of Creditor Inspira Medical Center  Inc. wwright@capehart.com, jlafferty@capehart.com |

TOTAL: 27