UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)

In re:

Brian W. Mead,
Debtor(s).

_____/

Case No. 21-17470-KCF
Chapter 7

JEANNE A. NAUGHTON, CLERK
**FILED**
FEB 24 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

## PALM BEACH COUNTY TAX COLLECTOR'S
## WITHDRAWAL OF CLAIM NUMBER 7

ANNE M. GANNON, Tax Collector, Palm Beach County ("GANNON"), by and through her undersigned attorney, files this withdrawal of Claim Number 7 identified by property control number 30-42-41-12-19-035-1050 in the amount of $5,691.15. The 2021 real property taxes are now paid in full.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Palm Beach County Tax Collector's Withdrawal of Claim Number 7,* has been furnished by U.S. Mail, to: Karina Pia Lucid, Esq., Karina Pia Lucid, Esq., LLC, 1065 Route 22 West, Suite 2b, Bridgewater, New Jersey 08807; Bunce D. Atkinson, Chapter 7 Trustee, 1011 Highway 71, Suite 200, Spring Lake, New Jersey 07762; Michael A. Artis, United States Department of Justice, Office of the United States Trustee, One Newark Center, Suite 2100, Newark, New Jersey 07102 this  17th   day of February 2023.

Hampton Peterson, Esq.
Florida Bar No.: 331384
Office of the Tax Collector
Post Office Box 3715
West Palm Beach, FL 33402-3715
(561) 355-2141
legalservices@pbctax.com

By: _____
General Counsel for Anne M. Gannon
Constitutional Tax Collector
Serving Palm Beach County



**ANNE M. GANNON**
CONSTITUTIONAL TAX COLLECTOR
*Serving Palm Beach County*
Serving *you.*
www.pbctax.com | @TAXPBC

Governmental Center
301 N. Olive Avenue, 3rd Floor
West Palm Beach, FL 33401

Mailing Address
Post Office Box 3715
West Palm Beach, FL 33402-3715

Tel (561) 355-2264 • Fax (561) 355-4123

Direct Line: (561) 355-1529

February 17, 2023

United States Bankruptcy Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: Brian W. Mead
   Chapter 7, Case No. 21-17470-KCF

Dear Clerk:

Enclosed for filing is Palm Beach County Tax Collector's Withdrawal of Claim Number 7. Please date stamp the enclosed copy and return it to me in the self-addressed, stamped envelope.

Thank you for your attention to this matter.

Sincerely,

*Sharon Humphreys*

Sharon Humphreys
Paralegal

Enclosure

Copy To: Karina Pia Lucid, Esq.
   Bunce D. Atkinson, Chapter 7 Trustee
   Michael A. Artis

*FILED JEANNE A. NAUGHTON, CLERK FEB 24 2023 U.S. BANKRUPTCY COURT TRENTON, NJ BY _____ DEPUTY*



**ANNE M. GANNON**
CONSTITUTIONAL TAX COLLECTOR
*Serving Palm Beach County*
Serving *you*.
P.O. Box 3715 • West Palm Beach, FL 33402-3715

PRESORTED
FIRST CLASS

US POSTAGE and PITNEY BOWES
ZIP 33401 $ 000.54
02 4W
0000373332 FEB 21 2023

024  AABBAMP 08608

United States Bankruptcy Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608