**THE KELLY FIRM, P.C.**
Bunce D. Atkinson, Esq.
Andrew J. Kelly, Esq.
1011 Highway 71, Suite 200
Spring Lake, NJ 07762
(732) 449-0525
bunceatkinson@aol.com
akelly@kbtlaw.com
*Attorneys for the Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BRIAN W. MEAD,<br><br>         Debtor. | Case No. 21-17470 (KCF)<br><br>Honorable Kathryn C. Ferguson<br><br>Chapter 7 |

## CONSENT ORDER FURTHER EXTENDING
## THE TIME FOR THE CHAPTER 7 TRUSTEE AND/OR
## THE UNITED STATES TRUSTEE TO OBJECT TO THE DEBTOR'S DISCHARGE

The relief set forth on the following pages, is hereby **ORDERED**.

(Page 2)

| | |
|---|---|
| Debtor: | Brian W. Mead |
| Case No.: | 21-17470 (KCF) |
| Caption of Order: | Consent Order Further Extending the Time for the Chapter 7 Trustee and/or the United States Trustee to Object to the Debtor's Discharge |

**THIS MATTER** having been brought before the Court upon the Motion[1] of Bunce D. Atkinson, the chapter 7 trustee (the "Trustee") for the estate of Brian W. Mead, the chapter 7 debtor (the "Debtor"), by and through his counsel, The Kelly Firm, P.C., for entry of an order, pursuant to §§ 105 and 727 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "Bankruptcy Code") and Rule 4004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to extend the time for the Trustee and/or the United States Trustee (the "U.S. Trustee") to file a complaint, pursuant to §§ 105 and 727 of the Bankruptcy Code, and any other applicable law, objecting to the Debtor's discharge; and the Court finding notice of this motion having been given to all appropriate parties; and the Court having reviewed the papers filed and the arguments presented, and for good cause shown, it is hereby:

**ORDERED** that the deadline by which the Trustee and/or the U.S. Trustee must file a complaint objecting to the discharge of the Debtor, pursuant to §§ 105 and 727 of the Bankruptcy Code, and any other applicable law, shall be and is hereby extended to September 23, 2023.

*[The Remainder of this Page has been Intentionally Left Blank]*

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Application.

(Page 3)
Debtor: Brian W. Mead
Case No.: 21-17470 (KCF)
Caption of Order: Consent Order Further Extending the Time for the Chapter 7 Trustee and/or the United States Trustee to Object to the Debtor's Discharge

---

**ORDERED** that the further extensions to the filing of an extension to file a complaint objecting to the discharge of the Debtor may be granted, subject to the further approval of the <u>Court and the Trustee reserves his rights to respond to any objection.</u>

**AGREED AND STIPULATED:**

| | |
|---|---|
| **THE KELLY FIRM, P.C.** | **KARINA PIA LUCID, ESQ., LLC** |
| *Counsel to Bunce D. Atkinson, not individually or personally, but as Chapter 7 Trustee for the Debtor Estate of Brian W. Mead* | *Counsel for Debtor, Brian W. Mead* |
| By: */s/ Andrew Kelly* | By */s/ Karina Pia Lucid* |
| Name: **ANDREW J. KELLY** | Name: **KARINA PIA LUCID** |
| Date: May 1, 2023 | Date: May 1, 2023 |