UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

THE KELLY FIRM, P.C.
Andrew J. Kelly, Esq.
Nicholas D. Norcia, Esq.
1011 Highway 71
Suite 200
Spring Lake, NJ  07762
(732) 449-0525
akelly@kbtlaw.com
nnorcia@kbtlaw.com
Attorneys for Bunce D. Atkinson,
Chapter 7 Trustee

In Re:
BRIAN W. MEAD,

                    Debtor.

Case No.:  21-17470

Chapter:  7

Hearing Date:  _____

Judge:  KCF

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☑ Withdrawn

Matter: Docket entry# 195, Motion to Extend Time To Object to Discharge, filed inadvertently.

Date: 5/2/23

/s/ Nicholas D. Norcia
Signature

*rev.8/1/15*