**THE KELLY FIRM, P.C.**
Bunce D. Atkinson, Esq.
Andrew J. Kelly, Esq.
1011 Highway 71, Suite 200
Spring Lake, NJ 07762
(732) 449-0525
bunceatkinson@aol.com
akelly@kbtlaw.com
*Attorneys for the Chapter 7 Trustee*

**Order Filed on May 2, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BRIAN W. MEAD,<br><br>        Debtor. | Case No. 21-17470 (KCF)<br><br>Honorable Kathryn C. Ferguson<br><br>Chapter 7 |

## CONSENT ORDER FURTHER EXTENDING
### THE TIME FOR THE CHAPTER 7 TRUSTEE AND/OR
### THE UNITED STATES TRUSTEE TO OBJECT TO THE DEBTOR'S DISCHARGE

The relief set forth on the following pages, is hereby **ORDERED**.

**DATED: May 2, 2023**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Brian W. Mead |
| Case No.: | 21-17470 (KCF) |
| Caption of Order: | Consent Order Further Extending the Time for the Chapter 7 Trustee and/or the United States Trustee to Object to the Debtor's Discharge |

**THIS MATTER** having been brought before the Court upon the Motion[1] of Bunce D. Atkinson, the chapter 7 trustee (the "Trustee") for the estate of Brian W. Mead, the chapter 7 debtor (the "Debtor"), by and through his counsel, The Kelly Firm, P.C., for entry of an order, pursuant to § § 105 and 727 of the United States Code, 11 U.S.C. § § 101, *et seq*. (the "Bankruptcy Code") and Rule 4004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to extend the time for the Trustee and/or the United States Trustee (the "U.S. Trustee") to file a complaint, pursuant to § § 105 and 727 of the Bankruptcy Code, and any other applicable law, objecting to the Debtor's discharge; and the Court finding notice of this motion having been given to all appropriate parties; and the Court having reviewed the papers filed and the arguments presented, and for good cause shown, it is hereby:

**ORDERED** that the deadline by which the Trustee and/or the U.S. Trustee must file a complaint objecting to the discharge of the Debtor, pursuant to § § 105 and 727 of the Bankruptcy Code, and any other applicable law, shall be and is hereby extended to September 23, 2023.

*[The Remainder of this Page has been Intentionally Left Blank]*

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Application.

(Page 3)

| | |
|---|---|
| Debtor: | Brian W. Mead |
| Case No.: | 21-17470 (KCF) |
| Caption of Order: | Consent Order Further Extending the Time for the Chapter 7 Trustee and/or the United States Trustee to Object to the Debtor's Discharge |

**ORDERED** that the further extensions to the filing of an extension to file a complaint objecting to the discharge of the Debtor may be granted, subject to the further approval of the Court and the Trustee reserves his rights to respond to any objection.

**AGREED AND STIPULATED:**

THE KELLY FIRM, P.C.
*Counsel to Bunce D. Atkinson, not individually or personally, but as Chapter 7 Trustee for the Debtor Estate of Brian W. Mead*

KARINA PIA LUCID, ESQ., LLC
*Counsel for Debtor, Brian W. Mead*

By: */s/ Andrew Kelly* _____

Name: **ANDREW J. KELLY** _____

Date: May 1, 2023 _____

By */s/ Karina Pia Lucid*

Name: **KARINA PIA LUCID** _____

Date: May 1, 2023 _____

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 21-17470-KCF

Brian W. Mead                                                             Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                              Page 1 of 2

Date Rcvd: May 03, 2023                       Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2023:**

**Recip ID**    **Recipient Name and Address**
db    + Brian W. Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2023                  Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Alan P. Fox | on behalf of Creditor Inspira Medical Center  Inc. afox@capehart.com, whorton@capehart.com |
| Alan P. Fox | on behalf of Plaintiff Inspira Medical Centers  Inc. afox@capehart.com, whorton@capehart.com |
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov |
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com  wsheridan@kbtlaw.com |
| Andrew J. Kelly | on behalf of Attorney The Kelly Firm  P.C. akelly@kbtlaw.com, wsheridan@kbtlaw.com |
| Anne S. Cantwell | on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com fmcallister@shermansilverstein.com;jbaugh@shermansilverstein.com |

District/off: 0312-3                        User: admin                        Page 2 of 2
Date Rcvd: May 03, 2023                    Form ID: pdf903                    Total Noticed: 1

Bunce Atkinson
     on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com
     NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
     bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

David L. Stevens
     on behalf of Attorney Scura  Wigfield, Heyer, Stevens & Cammarota, LLP dstevens@scura.com,
     ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@
     scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com

Denise E. Carlon
     on behalf of Creditor MEB Loan Trust VII dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

John P. Lacey
     on behalf of Creditor Barnabas Health  Inc. jlacey@connellfoley.com

Karina Pia Lucid
     on behalf of Debtor Brian W. Mead klucid@karinalucidlaw.com  15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Karina Pia Lucid
     on behalf of Defendant Brian W. Mead klucid@karinalucidlaw.com
     15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Keith A. Bonchi
     on behalf of Creditor Brian Eklund keith@gmslaw.com

Keith A. Bonchi
     on behalf of Creditor Brenda Pearson keith@gmslaw.com

Margaret Mcgee
     on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Artis
     on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael A. Artis
     on behalf of U.S. Trustee United States Trustee michael.a.artis@usdoj.gov

Nicholas Norcia
     on behalf of Trustee Bunce Atkinson nnorcia@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com

Philip William Allogramento
     on behalf of Creditor Barnabas Health  Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento
     on behalf of Plaintiff Barnabas Health  Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Phillip Andrew Raymond
     on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com,
     mccallaecf@ecf.courtdrive.com

Travis Graga
     on behalf of Trustee Bunce Atkinson tgraga@riker.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
     USTPRegion03.NE.ECF@usdoj.gov

William Charles Gattoni, Jr.
     on behalf of Creditor Barnabas Health  Inc. wgattoni@connellfoley.com

William G. Wright
     on behalf of Plaintiff Inspira Medical Centers  Inc. wwright@capehart.com, jlafferty@capehart.com

William G. Wright
     on behalf of Creditor Inspira Medical Center  Inc. wwright@capehart.com, jlafferty@capehart.com


TOTAL: 28