UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>BRIAN W. MEAD | Case No.: 21-17470<br>Chapter: 7<br>Judge: KCF |

## NOTICE OF PROPOSED PRIVATE SALE

__Bunce D. Atkinson__, __Chapter 7 Trustee__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

> Address of the Clerk:   Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ  08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __August 29, 2023__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __2__, __402 East State Street, Trenton, New Jersey__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

> Description of property to be sold:   135 Seagrape Unit 204, Jupiter, FL
> The sale is AS IS, WHERE IS with no warranties expressed or implied, including but not limited to warranties for a particular purpose and habitability.  The sale is free and clear of all liens including but not limited to mortgages, real estate tax and municipal liens, homeowner association liens, income tax liens and judgments and all claims and encumbrances, with valid liens, claims and encumbrances to attach to proceeds of sale.

> Proposed Purchaser:   Nicholas D. McElmurray

> Sale price:  $315,000.00

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

> Name of Professional:
> Amount to be paid:
> Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Chapter 7 Trustee

Address: 1011 Highway 71, Suite 200, Spring Lake, NJ 07762

Telephone No.: (732) 449-0525

*rev.8/1/15*