Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−17470−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian W. Mead
   8 Beaver Brook Road
   Ridgefield, CT 06877

Social Security No.:
   xxx−xx−5344

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on August 2, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 200 − 199
Order Granting Application to Employ Integrated Porperty Group Advisors d/b/a Auction Advisors as Property Manager and Auctioneer as Auctioneer (Related Doc # 199). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/2/2023. (ghm)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 2, 2023
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 21-17470-KCF
Brian W. Mead                                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                                    User: admin                                                        Page 1 of 2
Date Rcvd: Aug 02, 2023                              Form ID: orderntc                                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| auc | + | Integrated Property Group Advisors, LLC d/b/a Auct, 26 Park Street, Suite 2200, Montclair, NJ 07042-3434 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2023                                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan P. Fox | on behalf of Creditor Inspira Medical Center  Inc. afox@capehart.com, whorton@capehart.com |
| Alan P. Fox | on behalf of Plaintiff Inspira Medical Centers  Inc. afox@capehart.com, whorton@capehart.com |
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov |
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com  wsheridan@kbtlaw.com;aleight@kbtlaw.com |
| Andrew J. Kelly | on behalf of Attorney The Kelly Firm  P.C. akelly@kbtlaw.com, wsheridan@kbtlaw.com;aleight@kbtlaw.com |
| Anne S. Cantwell | on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 02, 2023 | Form ID: orderntc | Total Noticed: 1 |

    fmcallister@shermansilverstein.com;jbaugh@shermansilverstein.com

Bunce Atkinson
    on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com
    NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
    bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

David L. Stevens
    on behalf of Attorney Scura  Wigfield, Heyer, Stevens & Cammarota, LLP dstevens@scura.com,
    ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com

Denise E. Carlon
    on behalf of Creditor MEB Loan Trust VII dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

John P. Lacey
    on behalf of Creditor Barnabas Health  Inc. jlacey@connellfoley.com

Karina Pia Lucid
    on behalf of Debtor Brian W. Mead klucid@karinalucidlaw.com  15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Karina Pia Lucid
    on behalf of Defendant Brian W. Mead klucid@karinalucidlaw.com
    15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Keith A. Bonchi
    on behalf of Creditor Brian Eklund keith@gmslaw.com

Keith A. Bonchi
    on behalf of Creditor Brenda Pearson keith@gmslaw.com

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael A. Artis
    on behalf of U.S. Trustee United States Trustee michael.a.artis@usdoj.gov

Nicholas Norcia
    on behalf of Trustee Bunce Atkinson nnorcia@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com

Philip William Allogramento
    on behalf of Creditor Barnabas Health  Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento
    on behalf of Plaintiff Barnabas Health  Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Phillip Andrew Raymond
    on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com,
    mccallaecf@ecf.courtdrive.com

Travis Graga
    on behalf of Trustee Bunce Atkinson tgraga@riker.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William Charles Gattoni, Jr.
    on behalf of Creditor Barnabas Health  Inc. wgattoni@connellfoley.com

William G. Wright
    on behalf of Plaintiff Inspira Medical Centers  Inc. wwright@capehart.com, jlafferty@capehart.com

William G. Wright
    on behalf of Creditor Inspira Medical Center  Inc. wwright@capehart.com, jlafferty@capehart.com

TOTAL: 28