UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

The Kelly Firm, PC
Coast Capital Building
1011 Highway 71, Suite 2100
Spring Lake, NJ 07762-2030
(732) 449-0525; Fax (732) 449-0592
Attorneys for Bunce D. Atkinson, Ch 7 Trustee

Order Filed on August 2, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BRIAN W. MEAD,

Debtor.

Case No.: 21-17470

Judge: KCF

Chapter: 7

Recommended Local Form:   ☒ Followed    ☐ Modified

# ORDER AUTHORIZING
## RETENTION OF  INTEGRATED PROPERTY GROUP  ADVISORS
### d/b/a AUCTION ADVISORS

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 2, 2023**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In re:    Brian W. Mead

Case No.:    21-17470

Applicant:    Bunce D. Atkinson, Chapter 7 Trustee

(check all that apply) ☑ Trustee:    ☑ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☐ Debtor:    ☐ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:    Auction Advisors

Address of Professional:    26 Park Street

Suite 2200

Monclair, NJ 07042

☐ Attorney for (check all that apply):

☐ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

☑ Other Professional:

☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☑ Auctioneer

☑ Other (specify): Property Manager

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-17470-KCF |
| Brian W. Mead | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 02, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian W. Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 04, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan P. Fox | on behalf of Creditor Inspira Medical Center Inc. afox@capehart.com, whorton@capehart.com |
| Alan P. Fox | on behalf of Plaintiff Inspira Medical Centers Inc. afox@capehart.com, whorton@capehart.com |
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov |
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com wsheridan@kbtlaw.com;aleight@kbtlaw.com |
| Andrew J. Kelly | on behalf of Attorney The Kelly Firm P.C. akelly@kbtlaw.com, wsheridan@kbtlaw.com;aleight@kbtlaw.com |
| Anne S. Cantwell | on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com |

Case 21-17470-KCF    Doc 204    Filed 08/04/23    Entered 08/05/23 00:19:18    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 02, 2023 | Form ID: pdf903 | Total Noticed: 1 |

fmcallister@shermansilverstein.com;jbaugh@shermansilverstein.com

Bunce Atkinson
on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com
NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

David L. Stevens
on behalf of Attorney Scura Wigfield, Heyer, Stevens & Cammarota, LLP dstevens@scura.com,
ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com

Denise E. Carlon
on behalf of Creditor MEB Loan Trust VII dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

John P. Lacey
on behalf of Creditor Barnabas Health Inc. jlacey@connellfoley.com

Karina Pia Lucid
on behalf of Debtor Brian W. Mead klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Karina Pia Lucid
on behalf of Defendant Brian W. Mead klucid@karinalucidlaw.com
15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Keith A. Bonchi
on behalf of Creditor Brian Eklund keith@gmslaw.com

Keith A. Bonchi
on behalf of Creditor Brenda Pearson keith@gmslaw.com

Margaret Mcgee
on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Artis
on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael A. Artis
on behalf of U.S. Trustee United States Trustee michael.a.artis@usdoj.gov

Nicholas Norcia
on behalf of Trustee Bunce Atkinson nnorcia@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com

Philip William Allogramento
on behalf of Creditor Barnabas Health Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento
on behalf of Plaintiff Barnabas Health Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Phillip Andrew Raymond
on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com,
mccallaecf@ecf.courtdrive.com

Travis Graga
on behalf of Trustee Bunce Atkinson tgraga@riker.com akelly@kbtlaw.com;wsheridan@kbtlaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
USTPRegion03.NE.ECF@usdoj.gov

William Charles Gattoni, Jr.
on behalf of Creditor Barnabas Health Inc. wgattoni@connellfoley.com

William G. Wright
on behalf of Plaintiff Inspira Medical Centers Inc. wwright@capehart.com, jlafferty@capehart.com

William G. Wright
on behalf of Creditor Inspira Medical Center Inc. wwright@capehart.com, jlafferty@capehart.com

TOTAL: 28