Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21–17470–MBK
Chapter:  7
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Brian W. Mead
8 Beaver Brook Road
Ridgefield, CT 06877

Social Security No.:
xxx–xx–5344

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 8/31/23 at 10:00 AM

to consider and act upon the following:

*202* – Motion re: to Approve Sale of 135 Seagrape Drive., Unit 204, Jupiter, FL Filed by Andrew J. Kelly on behalf of Bunce Atkinson. Hearing scheduled for 8/29/2023 at 10:00 AM at KCF – Courtroom 2, Trenton. (Attachments: # 1 Certification and Exhibit A # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Certificate of Service) (Kelly, Andrew)

Dated: 8/10/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court