Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                  Case No.: 21−17470−MBK
                                  Chapter: 7
                                  Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian W. Mead
   8 Beaver Brook Road
   Ridgefield, CT 06877

Social Security No.:
   xxx−xx−5344

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/31/23 at 10:00 AM

to consider and act upon the following:

*202* − Motion re: to Approve Sale of 135 Seagrape Drive., Unit 204, Jupiter, FL Filed by Andrew J. Kelly on behalf of Bunce Atkinson. Hearing scheduled for 8/29/2023 at 10:00 AM at KCF − Courtroom 2, Trenton. (Attachments: # 1 Certification and Exhibit A # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Certificate of Service) (Kelly, Andrew)

Dated: 8/10/23

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-17470-MBK |
| Brian W. Mead | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 10, 2023 | Form ID: ntchrgbk | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian W. Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004 |
| aty | + | The Kelly Firm, P.C., 1011 Highway 71, Suite 200, Spring Lake, NJ 07762-3232 |
| sp | + | Alan R. Rosenberg, MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A, 9130 South Dadeland Boulevard, Suite 1800, Miami, FL 33156-7858 |
| auc | + | Auction Advisors, 26 Park Street, Suite 2200, Monclair, NJ 07042-3434 |
| app | + | Benchmark Appraisal, Inc., Fountain 9 Mall, 2153 Highway 35, Sea Girt, NJ 08750-1005 |
| cr | + | Brenda Pearson, 2273 West 21st Street, Los Angeles, CA 90018-1327 |
| cr | + | Brian Eklund, 2273 West 21st Street, Los Angeles, CA 90018-1327 |
| auc | + | Integrated Property Group Advisors, LLC d/b/a Auct, 26 Park Street, Suite 2200, Montclair, NJ 07042-3434 |
| sp | + | Law Office of Mark Faro, LLC., 151 W. Passaic Street, 2nd Fl Ste 17, Rochelle Park, NJ 07662-3105 |
| app | + | Skyline Appraisals, Inc., 650 Halstead Avenue, Mamaroneck, NY 10543-2742 |
| app | + | Skyline Appraisals, Inc. Inc., 650 Halstead Ave., Mamaroneck, NY 10543-2742 |
| acc | + | Timothy J. King, CPA, 347 Mount Pleasant Avenue, Suite 200, West Orange, NJ 07052-2749 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: legalservices@pbctax.com | Aug 10 2023 20:39:00 | Palm Beach County Tax Collector, P.O. Box 3715, West Palm Beach, FL 33402-3715 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Cathleen Mead |
| aty | ##+ | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, 1599 Hamburg Turnpike, P.O. Box 2031, Wayne, NJ 07474-2031 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Aug 10, 2023 | Form ID: ntchrgbk | Total Noticed: 13 |
| Date: Aug 12, 2023 | Signature:    /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:**

**Name**            **Email Address**

Alan P. Fox
    on behalf of Plaintiff Inspira Medical Centers Inc. afox@capehart.com, whorton@capehart.com

Alan P. Fox
    on behalf of Creditor Inspira Medical Center Inc. afox@capehart.com, whorton@capehart.com

Alexandria Nikolinos
    on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov

Andrew J. Kelly
    on behalf of Attorney The Kelly Firm P.C. akelly@kbtlaw.com, wsheridan@kbtlaw.com;aleight@kbtlaw.com

Andrew J. Kelly
    on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com wsheridan@kbtlaw.com;aleight@kbtlaw.com

Anne S. Cantwell
    on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com fmcallister@shermansilverstein.com;jbaugh@shermansilverstein.com

Bunce Atkinson
    on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
    bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

David L. Stevens
    on behalf of Attorney Scura Wigfield, Heyer, Stevens & Cammarota, LLP dstevens@scura.com, ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com

Denise E. Carlon
    on behalf of Creditor MEB Loan Trust VII dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

John P. Lacey
    on behalf of Creditor Barnabas Health Inc. jlacey@connellfoley.com

Karina Pia Lucid
    on behalf of Defendant Brian W. Mead klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Karina Pia Lucid
    on behalf of Debtor Brian W. Mead klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Keith A. Bonchi
    on behalf of Creditor Brenda Pearson keith@gmslaw.com

Keith A. Bonchi
    on behalf of Creditor Brian Eklund keith@gmslaw.com

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Artis
    on behalf of U.S. Trustee United States Trustee michael.a.artis@usdoj.gov

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Nicholas Norcia
    on behalf of Trustee Bunce Atkinson nnorcia@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com

Philip William Allogramento
    on behalf of Creditor Barnabas Health Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento
    on behalf of Plaintiff Barnabas Health Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Phillip Andrew Raymond
    on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Aug 10, 2023 | Form ID: ntchrgbk | Total Noticed: 13

| | |
|---|---|
| Travis Graga | on behalf of Trustee Bunce Atkinson tgraga@riker.com akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William Charles Gattoni, Jr. | on behalf of Creditor Barnabas Health Inc. wgattoni@connellfoley.com |
| William G. Wright | on behalf of Plaintiff Inspira Medical Centers Inc. wwright@capehart.com, jlafferty@capehart.com |
| William G. Wright | on behalf of Creditor Inspira Medical Center Inc. wwright@capehart.com, jlafferty@capehart.com |

TOTAL: 28