Brian and Cathleen Mead
8 Beaver Brook Road.
RIDGEFIELD, Connecticut 06877
BrianWilliamMead@gmail.com
203-885-6772
Date: August 10, 2023

FILED
JEANNE A. NAUGHTON, CLERK
AUG 17 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

Honorable Katheryn C. Ferguson
Clarkson S Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

Re: Objection to Private Sale of Property at 135 Seagrape Drive, Jupiter, Florida

Case Name:
Case Number: 21-17470-kcf

Dear Honorable Judge Katheryn Ferguson,

I hope this letter finds you in good health and high spirits. I am writing to express my strong objection to the private sale of my property located at 135 Seagrape Drive, Jupiter, Florida, as outlined in the bankruptcy proceedings of Brian Mead. The offer presented for the property is unreasonably low, amounting to over 50% below the market valuation. Such a sale would not only be unrealistic but would also significantly disenfranchise the creditors involved in the case.

First and foremost, I would like to bring to your attention that the current offer for the property is substantially below its fair market value. A thorough evaluation conducted by independent professionals has determined that the property is worth significantly more than the proposed offer. This suggests that accepting the current offer would deprive the creditors of their rightful claims and jeopardize their ability to recover their losses.

Furthermore, I would like to emphasize that seizing any further sales of assets is not necessarily in this case. It is important to note that a majority of Brian Mead's debt, approximately 80%, is non-dischargeable. This indicates that the current liquidation process, which has already been initiated, is sufficient in addressing the outstanding debts. Allowing the private sale of my property

under such circumstances would be unnecessary and would only further hinder the creditors' chances of substantial recovery.

In light of the aforementioned concerns, I implore you, Judge, to intervene and prevent the sale of the aforementioned property at 135 Seagrape Drive. This property holds significant value that far exceeds the current offer, and accepting such an unrealistic offer would be detrimental to the creditors' interests. I kindly request that you consider the implications of this sale and take appropriate action to ensure a fair and equitable resolution for all parties involved.

I appreciate your attention to this matter and your dedication to upholding justice in bankruptcy proceedings. Should you require any additional information or if there is a need for me to appear in court to further support my objection, please do not hesitate to contact me at your earliest convenience.

Thank you for your time and consideration.

Sincerely Yours,

Brian W. Mead
8 Beaver Brook Road.
RIDGEFIELD, Connecticut 06877



UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: __21-17470__ |
| BRIAN W. MEAD | Chapter: __7__ |
| | Judge: __KCF__ |

## NOTICE OF PROPOSED PRIVATE SALE

__Bunce D. Atkinson__, __Chapter 7 Trustee__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ  08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __August 29, 2023__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __2__, __402 East State Street, Trenton, New Jersey__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   135 Seagrape Unit 204, Jupiter, FL
The sale is AS IS, WHERE IS with no warranties expressed or implied, including but not limited to warranties for a particular purpose and habitability. The sale is free and clear of all liens including but not limited to mortgages, real estate tax and municipal liens, homeowner association liens, income tax liens and judgments and all claims and encumbrances, with valid liens, claims and encumbrances to attach to proceeds of sale.

Proposed Purchaser:   Nicholas D. McElmurray

Sale price:  $315,000.00

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:

Amount to be paid:

Services rendered:



**The Keyes Company**

Bill Seufert, Realtor 732.312.8643

August 11, 2023

Mr. Brian Mead
8 Beaver Brook Rd
Ridgefield, CT 06877

Sent via E-Mail

RE: Broker Price Opinion for 135 Seagrape Dr. #204

Dear Mr. Mead:

This letter will hereby attest to the current market value for your property located at 135 Seagrape Dr. #204, located in Jupiter, FL 33458.

Based on the three most recent comparable sales for similar properties in your subdivision of Sandpiper Cove at Botanica, the current market value for your property is estimated to be $309 per SF or $516,030.

Property Details:

135 Seagrape Dr. #204, Jupiter, FL 33458
Condominium
Sq Ft: 1,670
Bedrooms: 3
Bathrooms: 2
No of Stories: 2
Exterior: CBS

Please be advised that this market value estimate may increase or decrease based on current real estate market conditions, property condition and property upgrades.

Very truly yours,

*William P. Seufert*

FL Real Estate License #3470033



1 of 1

3 bd   2 ba   1,630 sqft

135 Seagrape Dr APT 204, Jupiter, FL 33458

• **Off market**   Zestimate®: **$459,300**

Rent Zestimate®: **$3,599**

**Est. refi payment:** $3,366/mo   ⓢ  Refinance your loan

Home value   Owner tools   Home details   Neighl >

## Get a cash offer

Find out how much your home could sell for with a no-obligation cash offer.

**Estimated market value**                **$459,300**

What's this number?

🔒 zillow.com

