

**THE KELLY FIRM, P.C.**

Andrew J. Kelly, Esq.
Bunce D. Atkinson, Esq.
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762
(732) 449-0525
akelly@kbtlaw.com
bunceatkinson@aol.com
*Attorneys for the Trustee, Bunce D. Atkinson, Esq.*

**Order Filed on August 31, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re:<br><br>BRIAN W. MEAD,<br><br>                 Debtor. | **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br><br> Case No.: 21-17470 (MBK)<br><br>Chapter: 7<br><br>Judge: Michael B. Kaplan<br><br> Hearing Date: **August 31, 2023 @ 10:00 a.m.** |

**ORDER APPROVING SALE OF 135 SEAGRAPE DRIVE UNIT 204 JUPITER FLORIDA, "AS IS," "WHERE IS," WITH NO WARRANTIES EXPRESS OR IMPLIED AND FREE AND CLEAR OF ALL LIENS CLAIMS AND ENCUMBRANCES, WITH LIENS, CLAIMS AND ENCUMBRANCES TO ATTACH TO PROCEEDS, AUTHORIZING THE TRUSTEE TO EXECUTE ALL CLOSING DOCUMENTS, MAKE DISTRIBUTIONS, AND DETERMNING THE BUYER IS A GOOD FAITH PURCHASER FOR VALUE.**

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: August 31, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page (2)

Debtor:             Brian W. Mead
Case No.:           21-17470 (KCF)
Caption of Order:   ORDER APPROVING SALE OF 135 SEAGRAPE DRIVE, UNIT 204,
                    JUPITER, FLORIDA

THIS MATTER having been opened to the Court by The Kelly Firm, P.C., attorneys for the Chapter 7 Trustee, Bunce D. Atkinson (the "Trustee") for the Debtor Estate of Brian W. Mead seeking approval of a Contract of Sale for the property located at 135 Seagrape Drive, Unit 204, Jupiter, Florida hereinafter the " Property", the Court having read and considered the Trustee's application and supporting pleadings seeking the entry of the within Order and any timely opposition filed; and it appearing that proper notice and service has been provided and made as demonstrated by the Certification of Service filed with this Court; and for good cause being shown; it is hereby

ORDERED AS FOLLOWS:

1.      The Sale by the Trustee of the real property located at 135 Seagrape Drive, Unit 204 Jupiter, Florida , (the "Property") to Nicholas David McElmurry, hereinafter the Buyer for the sum of $315,000 be and hereby is approved.

2.      The Trustee be and hereby is authorized to execute any and all documents necessary to effectuate the sale of the Property to the Buyer, including but not limited to a Trustee Deed, Affidavit of Title, and Closing Statement, and to make payment to any Mortgagee for the balance due, to pay to the Palm Beach County and/or the City of Jupiter any outstanding real estate taxes, and to pay all assessments, special assessments, fees and expenses owed to the Homeowner Association. The Trustee is also authorized to pay up to $2,500 to the Buyer's title insurance company.

3.      Following the closing of title, the Trustee is authorized to pay Auction Advisors an 8% commission of $25,200 together with actual out of pocket expenses  not to exceed $2,500 upon submission of proof of the expenses to the Trustee.

4.      The Court finds that Nicholas David McElmurry, who is not related to the Trustee, the auctioneer, the attorneys for the Trustee, or the Debtor, and who is not a creditor of the Debtor Estate,  is a good faith purchaser for value and entitled to all of the protections of 11 U.S.C. 363(m).

5.      The sale of the Property by the Trustee is "AS IS," "WHERE IS," with no warranties express or implied, including but not limited to warranties of Fitness for a Particular Purpose or for Habitability. The sale is free and clear of all liens, including all judgments of foreclosure, mortgages, real estate tax liens, tax liens, judgments, and encumbrances, with valid liens, claims and encumbrances, to attach to the proceeds of sale.

6.      Notwithstanding anything contained herein to the contrary, the new owner shall be, and the Property shall remain subject to the Declaration of Condominium for Sandpiper Cove at Botanica Condominium Association, Inc. as recorded in Official Records Book 19225 at Page 139 of the Public Records of Palm Beach County, Florida, as amended from time to time ("Declaration").  The Declaration shall remain in full force and effect, and the Declaration shall be enforceable against the new owner and shall remain enforceable against the Property under state law.

United States Bankruptcy Court

District of New Jersey

In re:                                                          Case No. 21-17470-MBK

Brian W. Mead                                                   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                              Page 1 of 2

Date Rcvd: Sep 01, 2023                 Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian W. Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan P. Fox | on behalf of Creditor Inspira Medical Center  Inc. afox@capehart.com, whorton@capehart.com |
| Alan P. Fox | on behalf of Plaintiff Inspira Medical Centers  Inc. afox@capehart.com, whorton@capehart.com |
| Alex Leight | on behalf of Trustee Bunce Atkinson aleight@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov |
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com  wsheridan@kbtlaw.com;aleight@kbtlaw.com |
| Andrew J. Kelly | on behalf of Attorney The Kelly Firm  P.C. akelly@kbtlaw.com, wsheridan@kbtlaw.com;aleight@kbtlaw.com |

Anne S. Cantwell
on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com
fmcallister@shermansilverstein.com,jbaugh@shermansilverstein.com

Bunce Atkinson
on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com
NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

David L. Stevens
on behalf of Attorney Scura  Wigfield, Heyer, Stevens & Cammarota, LLP dstevens@scura.com,
ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte
@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com

Denise E. Carlon
on behalf of Creditor MEB Loan Trust VII dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

John P. Lacey
on behalf of Creditor Barnabas Health  Inc. jlacey@connellfoley.com

Karina Pia Lucid
on behalf of Debtor Brian W. Mead klucid@karinalucidlaw.com  15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Karina Pia Lucid
on behalf of Defendant Brian W. Mead klucid@karinalucidlaw.com
15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Keith A. Bonchi
on behalf of Creditor Brian Eklund keith@gmslaw.com

Keith A. Bonchi
on behalf of Creditor Brenda Pearson keith@gmslaw.com

Margaret Mcgee
on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Artis
on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael A. Artis
on behalf of U.S. Trustee United States Trustee michael.a.artis@usdoj.gov

Nicholas Norcia
on behalf of Trustee Bunce Atkinson nnorcia@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com

Philip William Allogramento
on behalf of Creditor Barnabas Health  Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento
on behalf of Plaintiff Barnabas Health  Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Phillip Andrew Raymond
on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com,
mccallaecf@ecf.courtdrive.com

Travis Graga
on behalf of Trustee Bunce Atkinson tgraga@riker.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
USTPRegion03.NE.ECF@usdoj.gov

William Charles Gattoni, Jr.
on behalf of Creditor Barnabas Health  Inc. wgattoni@connellfoley.com

William G. Wright
on behalf of Plaintiff Inspira Medical Centers  Inc. wwright@capehart.com, jlafferty@capehart.com

William G. Wright
on behalf of Creditor Inspira Medical Center  Inc. wwright@capehart.com, jlafferty@capehart.com


TOTAL: 29