Brian W. Mead
8 Beaver Brook Road.
RIDGEFIELD, Connecticut 06877
BrianWilliamMead@gmail.com
Phone: 203-885-6772

FILED
JEANNE A. NAUGHTON, CLERK
SEP 28 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

Honourable Judge Michael B Kaplan
United States Bankruptcy Court
Case No. 21-17470-MBK
Trenton, NJ 08608

September 20, 2023

Dear Judge Kaplan,

I, Brian W Mead, the debtor in Bankruptcy Chapter 7 conversion, Case No. 21-17470-MBK, hereby submit a formal Objection to any further sales of assets of this estate, with justification, representing a formal request to review a comprehensive accounting. I firmly believe that the Honourable Trustee, Mr. Bunce Atkinson, has already gathered sufficient funds to satisfy the debt outlined in the Proof of Claim.

Sir, I sit here, writing this, pleading with the Court to consider some mercy, as I am now forced to represent myself Pro Se due to being financially paralyzed, and unable to pay legal fees. My family and I have endured a great deal of pain and suffering, both emotionally and financially, I fear any more of this is tantamount to a death sentence.

I send you this not as a criminal, but someone whose life has been destroyed from a voluntary action, guided, and recommended by a legal professional as a legal means to protect his assets, with an immediate stay on actions while working through the appeals process, never mentioning what I was risking. What was to be protection, turned out to be destruction. There was no need to file.

I am a Senior 66-year-old man, literally begging for your support in considering the uniqueness, and realities of this Bankruptcy case. There are no Creditors ever at risk, especially the non dischargeable debt of the IRS, RW Barnabas, and Inspira.

I have submitted a formal request for an accounting to Trustees Mr. Bunce Atkinson and attorney Mr. Andrew Kelly esq. I object to any further actions being taken until I can review the complete accounting report. I believe this to be fair and equitable.

Additionally, it is important to note that 80% of the outstanding debt is nondischargeable. Considering this, I implore the Honourable court to consider a formal discharge upon accounting review, with a fair, and equitable payment schedule, which is available with the IRS.

A discharge would allow me to speak and communicate directly with the IRS, reviewing and appealing the questionable calculated penalties and interest. The direct discussions with the IRS allow me to review the details with a Tax Professional. Please be advised, the original debt identified by the IRS, was a guesstimate, and adjusted after my filings. It is quite plausible the numbers are inaccurate.

Your Honor, the RW BARNABAS, and Inspira Medical settlements are in place, and an agreed payout of 5 years is part and parcel of the settlement agreement. This graceful payout allows me to graciously pay the debt, as I rebuild my business, now suffering from the financial burden of this case. This has been all consuming, and financially devastating, precluding me from focusing whole heartedly on rebuilding a successful business.

Your Honor, I am a victim here, as this case should never have been filed. There was no real justification in filing bankruptcy, when it was simply an option to place a Stay on all actions resulting in a default judgement in which I was appealing. The intent was to preserve my property, while I appealed the default judgement.

Your Honor I sense the Trustee is unhappy with me with what some have mentioned, as he feels I have been difficult to work with. Sir the fact is this was and is a complete shock to me, as I never expected what I was facing. The fact being, what was a move advised by a legal professional to protect me, turned out to be disastrous and the conversion completely unexpected. I was and am scared, and I mean no disrespect to anyone.

My original Bankruptcy attorney after seeing my filing should never have exposed me to this disaster. His arrogance was such, after the initial discovery call, he deferred the council to a junior attorney and, a Jr. level legal assistant,

that was meek and mild, he filed the paperwork, that was absent of some of the basic factors needed by a Trustee, as insurance on all, taxes filed, etc. I informed him of the issue with both well before the filing telling them they hadn't been filed, and I self-insured my properties. They subsequently mentioned we will file a revision after the filing, which was done. Unbeknownst to me, that is a crucial factor here, and exposed me to what has transpired.

Sir, there is not one creditor identified on that Proof of Claim I ever had an issue, I wasn't looking to evade anyone here, I am a standup man who has built credibility in my business career. To that end and in consideration to the facts at hand, I implore you to support this objection on further sales, until such time as we do a complete accounting analysis.

Sir, this was a grave mistake. I am a 66-year-old man, entering my Senior years, my health has been threatened with all this stress, In addition to exposing the innocence of my wife to such destruction. She is an innocent bystander, whose life has been completely and negatively disrupted.

This Chapter 7 has literally destroyed me, and my health. My Wife is beside herself, as she is helpless, paralyzed, and emotionally distraught, after being placed in a situation where she was an innocent victim. She had raised a family, looking to enter her golden years comfortably, usurped by something in which she had no control. Saddening.

I implore you to sympathize with me, and consider all the facts detailing this Case, I am an honest man, who only was looking to protect himself and his family, relying on an officer of the court to protect me, when it was the direct opposite.

I again, beg you to support this Objection to sell any further assets, as a detailed Accounting on all monies received are accounted for, and to have a distinct understanding of the Status of this case.  I believe this to be fair and reasonable.  I sincerely Thank you for your help and support during this difficult time. Thank You once again for anything you can do for me and my family.

Sincerely Yours, *[signature]*
Brian W. Mead

Brian W. Mead
8 Beaver Brook Road.
RIDGEFIELD, Connecticut 06877
BrianWilliamMead@gmail.com
Phone: 203-885-6772


Mr. Andrew Kelly, Esq.
c/o Trustee Bunce Atkinson
The Kelly Firm
1011 Highway 71, Suite 200
Spring Lake, NJ, 07762

copy


Subject: Request for Accounting on Monies Received - Brian W Mead Chapter 7 Case No. 21-17470-MKR


Dear Mr. Kelly,

I, Brian W Mead, the debtor in bankruptcy case No. 21-17470-MKR, am writing to kindly request an accounting for the estate of Brian Mead. I would greatly appreciate your assistance in providing me with an updated and comprehensive accounting of the financial transactions related to my bankruptcy case.

Specifically, I am seeking clarification on the complete balance statement pertaining to the identified Petition debt, which includes the non-dischargeable debt owed to the IRS, RWBarnabas Hospital, and Inspira. It is crucial for me to understand the amount that has been collected thus far, as well as the outstanding balance that remains.

I kindly request that you provide me with a detailed breakdown of all monies received, including any income, payments, or recoveries made during the course of the bankruptcy proceedings. Additionally, I would appreciate a clear outline of the current balance owed to the aforementioned creditors. This information will greatly assist me in gaining a comprehensive understanding of my financial situation and help me plan for the future accordingly.

Kindly copy my attorney, Karina Pia Lucid, Esq., on all correspondence related to this matter. Her contact information is as follows:

Karina Pia Lucid, Esq.
Lucid Law
1065 Route 22 West Suite 2B
Bridgewater, NJ 08807
and
Liberty Corner, NJ 07938
Email: klucid@karinalucidlaw.com
Phone: 908-348-6180

Thank you for your attention to this matter, Mr. Kelly. I am grateful for your support and look forward to receiving the requested accounting . Should you require any additional information or documentation from my end, please do not hesitate to contact me. Thank You


Sincerely Yours,


Brian W Mead
[Debtor in Bankruptcy Case No. 21-17470-MKR]



FROM: Brian W Mead
8 Beaver Brook Rd
Ridgefield, CT 06877

TO: Honorable Michael B Kaplan
US Bankruptcy Court
Clarkson S Fisher Courthouse
492 E. State St.
Trenton, N.J. 08608

PRIORITY MAIL

0 Lb 4.50 Oz
RDC 03
EXPECTED DELIVERY DAY: 08/27/23
SHIP TO: TRENTON NJ 08608
USPS TRACKING #
9505 5117 4579 3269 5084 54

TRACKED • INSURED