UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**THE KELLY FIRM, P.C.**
Andrew J. Kelly, Esq.
Bunce D. Atkinson, Esq.
Alex R. Leight, Esq.
Nicholas D. Norcia, Esq.
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762
(732) 449-0525
akelly@kbtlaw.com
bunceatkinson@aol.com
aleight@kbtlaw.com
nnorcia@kbtlaw.com
*Attorneys for the Chapter 7 Trustee,
Bunce D. Atkinson*

Order Filed on December 11, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

BRIAN W. MEAD,

    Debtor.

CASE NO. 21-17470 MBK

Hearing Date: December 7, 2023, 10:00 a.m.

Judge: Honorable Michael B. Kaplan U.S.B.J

## ORDER MODIFYING AND CLARIFYING INTERNAL REVENUE SERVICE PROOF OF CLAIM NO. 2-3

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 11, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:        Brian W. Mead

Case No.:        CASE NO. 21-17470 MBK
Caption of Order:        Order Modifying and Clarifying Internal Revenue Service Claim 2-3

---

**THIS MATTER** having been opened to the Court by The Kelly Firm, P.C., attorneys for the Trustee, Bunce D. Atkinson, Esq., Andrew J. Kelly, Esq., appearing, and notice having been provided to the United States of America, Department of Treasury, IRS, Eamonn O'Hagan, Deputy U.S. Attorney appearing; Karina Pia Lucid, Esq., attorney for the Debtor Brian W. Mead, the Debtor, and interested parties as set forth on the Certification of Service, and the Court having considered the pleadings filed herein, and for good cause shown,

It is **ORDERED** as follows:

1.    The Proof of Claim No. 2-3 filed by the Department of Treasury, Internal Revenue Service consisting of a secured claim of $2,070,249.70, an unsecured priority claim for $6,093.79, and a general unsecured claim of $441.00 for penalties is modified as set forth below.

2.    As a result of the Notices of Federal Tax Lien filed by the Internal Revenue Service in Ridgefield, Connecticut on February 11, 2018 and February 18, 2018 totaling $2,070,249.70, the Internal Revenue Service has a secured claim on the Debtor's real property located at 8 Beaver Brook Road, Ridgefield, Connecticut.

3.    The Internal Revenue Service does not have a secured claim as a result of the Notices of Federal Tax Lien filed in Ridgefield, Connecticut on the proceeds of sales of the real properties sold by the Trustee located at 6 East 17th Street, Beach Haven, New Jersey ("Beach Haven"), 108 Locustberry Lane, Unit 105, Jupiter Florida ("Locustberry"), 135 Seagrape Drive, Unit 204, Jupiter Florida ("Seagrape"), and 127 Hale Street, White Plains, N.Y. ("127 Hale"). The $2,070,249.70 secured claim of the IRS shall be treated as an unsecured claim (either

| | |
|---|---|
| Debtor: | Brian W. Mead |
| Case No.: | CASE NO. 21-17470 MBK |
| Caption of Order: | Order Modifying and Clarifying Internal Revenue Service Claim 2-3 |

---

priority claim or general unsecured claim as the Court may in the future determine) when the Trustee makes distribution to creditors from the proceeds of sale.

    4.    The Internal Revenue Service does not have a secured claim on 116 Hale Street, White Plains, N.Y., ("116 Hale"). Upon sale of 116 Hale by the Trustee, the Internal Revenue Service shall not have a lien on the proceeds of sale. The Internal Revenue Service shall be treated as an unsecured claimant (either priority claimant or general unsecured claimant as the Court may in the future determine) relating to any such proceeds.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 21-17470-MBK

Brian W. Mead                                                                             Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                Page 1 of 3
Date Rcvd: Dec 11, 2023                Form ID: pdf903                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian W. Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2023                        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G. Rosenberg | on behalf of Defendant Brian W. Mead adam@adamrosenbergesq.com office@adamrosenbergesq.com;rosenberg.adamb126671@notify.bestcase.com |
| Alan P. Fox | on behalf of Creditor Inspira Medical Center  Inc. afox@capehart.com, whorton@capehart.com |
| Alan P. Fox | on behalf of Plaintiff Inspira Medical Centers  Inc. afox@capehart.com, whorton@capehart.com |
| Alex Leight | on behalf of Trustee Bunce Atkinson aleight@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| Alex Leight | on behalf of Plaintiff Bunce Atkinson aleight@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| Alex Leight | |

Case 21-17470-MBK    Doc 222    Filed 12/13/23    Entered 12/14/23 00:17:38    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff Bunce D. Atkinson aleight@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov |
| Andrew J. Kelly | on behalf of Attorney The Kelly Firm P.C. akelly@kbtlaw.com, wsheridan@kbtlaw.com;aleight@kbtlaw.com |
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com wsheridan@kbtlaw.com;aleight@kbtlaw.com |
| Andrew J. Kelly | on behalf of Spec. Counsel Alan R. Rosenberg akelly@kbtlaw.com wsheridan@kbtlaw.com;aleight@kbtlaw.com |
| Andrew J. Kelly | on behalf of Plaintiff Bunce Atkinson akelly@kbtlaw.com wsheridan@kbtlaw.com;aleight@kbtlaw.com |
| Anne S. Cantwell | on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com fmcallister@shermansilverstein.com;jbaugh@shermansilverstein.com |
| Bunce Atkinson | on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Bunce Atkinson | bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| David L. Stevens | on behalf of Attorney Scura Wigfield, Heyer, Stevens & Cammarota, LLP dstevens@scura.com, ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com |
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust VII dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John P. Lacey | on behalf of Creditor Barnabas Health Inc. jlacey@connellfoley.com |
| Karina Pia Lucid | on behalf of Defendant Brian W. Mead klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Debtor Brian W. Mead klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Keith A. Bonchi | on behalf of Creditor Brenda Pearson keith@gmslaw.com |
| Keith A. Bonchi | on behalf of Creditor Brian Eklund keith@gmslaw.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael A. Artis | on behalf of U.S. Trustee United States Trustee michael.a.artis@usdoj.gov |
| Nicholas Norcia | on behalf of Trustee Bunce Atkinson nnorcia@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| Philip William Allogramento | on behalf of Creditor Barnabas Health Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com |
| Philip William Allogramento | on behalf of Plaintiff Barnabas Health Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Travis Graga | on behalf of Trustee Bunce Atkinson trgraga@norris-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Dec 11, 2023 | Form ID: pdf903 | Total Noticed: 1

William Charles Gattoni, Jr.
    on behalf of Creditor Barnabas Health  Inc. wgattoni@connellfoley.com

William G. Wright
    on behalf of Plaintiff Inspira Medical Centers  Inc. wwright@capehart.com, jlafferty@capehart.com

William G. Wright
    on behalf of Creditor Inspira Medical Center  Inc. wwright@capehart.com, jlafferty@capehart.com

TOTAL: 34