Certificate Number: 14912-NJ-DE-038039584

Bankruptcy Case Number: 21-17470



14912-NJ-DE-038039584

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 21, 2023, at 3:47 o'clock PM EST, Brian Mead completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  December 21, 2023    By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor