**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
KARINA PIA LUCID, ESQ., LLC
1065 Route 22 W
Suite 2B
Bridgewater, New Jersey 08807
Tel:    (908) 350-7505
Fax:    (908) 350-4505
Email: klucid@karinalucidlaw.com
Karina Pia Lucid, Esq.

*Counsel for the debtor, Brian W. Mead*

Order Filed on January 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Brian W. Mead, Debtor.

Case No.: 21-17470

Hearing Date: 1/11/2024 at 10:00 am

Judge: Hon. Michael B. Kaplan

Chapter 7

## ORDER ALLOWING LUCID LAW TO WITHDRAW AS COUNSEL

The relief set forth on the following pages, numbered two (2) through (3) is ORDERED.

**DATED: January 12, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re: Brian Mead 21-17470 (MBK)
Order Allowing Lucid Law to Withdraw as Counsel
Page 2

    This matter having been opened upon the Motion of Karina Pia Lucid, Esq., of the law firm of Karina Pia Lucid, Esq. LLC ("Lucid Law"), counsel to the Debtor, Brian Mead (the "Debtor"), for the entry of an Order Allowing Lucid Law to Withdraw as Counsel, and upon consideration of any objections or responses timely filed to the Motion, it is hereby

    **ORDERED** that Lucid Law shall be authorized to withdraw, and hereby is withdrawn, as Debtor's counsel.