<u>UNITED STATES BANKRUPTCY COURT</u>
<u>FOR THE DISTRICT OF NEW JERSEY</u>

IN RE:                              *

BRAIN W. MEAD,                      *   CASE NO. 21-17470/KCF

         Debtor       *   (CHAPTER 7)

                      *

****************************************************************************

TRUSTEE'S REPORT OF SALE

DATE OF SALE:       September 29, 2023

TYPE OF SALE:       Private Sale

PROPERTY SOLD:   135 Seagrape Drive, Unit 204, Juliper, FL

PURCHASERS:        Nicholas D. McElmurry

PRICE:              $315,000.00

TRUSTEE'S ESTIMATED COMMISSION:  $19,000.00 and subject to Court approval.

TRUSTEE'S ATTORNEY'S ESTIMATED FEES: unknown at this time; subject to Court approval.

LIENS PAID FROM SALE: $11,498.43

ANTICIPATED NET TO ESTATE: $268,913.43

BANK WHERE NET TO ESTATE IS INVESTED: TriState Capital Bank

AMOUNT DISBURSED TO DATE/RETAINED BY TRUSTEE: $0/$288,913.43

DATE: 3/9/24                        /s/Bunce D. Atkinson, Trustee
                                          BUNCE D. ATKINSON, Ch. 7 Trustee
                                          1011 Highway 71, Suite 200
                                          Spring Lake, NJ  07762
                                          (732) 449-0525

CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on this 9th day of March, 2024, copies of the foregoing Report of Sale were served as follows:

**via CM/ECF Service and First Class Mail:**

Karina Pia Lucid, Esquire
1065 Route 22 West
Suite 2b
Bridgewater, NJ 08807
Attorney for Debtor

Office of the U.S. Trustee
One Newark Center
1085 Raymond Boulevard
Suite 2100
Newark, NJ 07102

**via First Class Mail:**

Brian W. Mead
8 Beaver Brook Road
Ridgefield, CT 06877
Debtor

William G. Wright, Esquire
Capehart & Scatchard, PA
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, NJ 08054
Attorney for Inspira Medical Center, Inc., Creditor

Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite 300
Iselin, NJ 08830
Attorneys for Secured Creditor

Alan P. Fox, Esquire
CAPEHART & SCATCHARD, P.A.
A Professional Corporation
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, New Jersey 08054
Attorneys for Inspira Medical Center, Inc.

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Attorneys for MEB Loan Trust VII

Keith A. Bonchi, Esquire
Goldenberg, Mackler, Sayegh, Mintz, Pfeffer, Bonchi & Gill
660 New Road, First Floor
Northfield, NJ 08225
Attorney for Brian Eklund and Brenda Pearson

McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite 300
Iselin, NJ 08830
Attorneys for JPMorgan Chase Bank, Secured Creditor

Connell Foley, LLP
John P. Lacey, Esquire
1085 Raymond Boulevard, 19th Floor
Newark, NJ  07102
Attorney for Barnabas Health, Inc., Creditor

Connell Foley, LLP
William C. Gattoni, Jr., Esquire
1085 Raymond Boulevard, 19th Floor
Newark, NJ  07102
Attorney for Barnabas Health, Inc., Creditor


/s/Bunce D. Atkinson, Trustee
BUNCE D. ATKINSON, Ch 7 Trustee