

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**THE KELLY FIRM, P.C.**
Andrew J. Kelly, Esq.
Bunce D. Atkinson, Esq.
Nicholas D. Norcia, Esq.
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762
(732) 449-0525
akelly@kbtlaw.com
bunceatkinson@aol.com
nnorcia@kbtlaw.com
*Attorneys for the Chapter 7 Trustee Bunce D. Atkinson*

**Order Filed on July 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

BRIAN W. MEAD,

    Debtor.

CASE NO. 21-17470 MBK

Hearing Date: July 11, 2024

Judge: Honorable Michael B. Kaplan U.S.B.J

## ORDER AUTHORIZING TRUSTEE TO PAY ADMINISTRATIVE INCOME TAXES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 12, 2024**

*(signature)*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:              Brian W. Mead

Case No.:            CASE NO. 21-17470 MBK
Caption of Order:    Order Authorizing Trustee to Pay Administrative Taxes

---

**THIS MATTER** having been opened to the Court by The Kelly Firm, P.C., attorneys for the Chapter 7 Trustee Bunce D. Atkinson, Esq. (the "Trustee"), Andrew J. Kelly, Esq., appearing, and notice having been provided to all interested parties as set forth in the Certification of Service filed herewith, and the Court having considered the pleadings filed herein, and for good cause shown,

It is **ORDERED** as follows:

1.  That, as of the date of this order, the Trustee is hereby authorized to pay administrative taxes owed to the Federal Government and to the States of New Jersey and New York in the following amounts:

    a.  $187,891 to the United States of America

    b.  $27,703 to the State of New Jersey

    c.  $32,614 to the State of New York

2.  That a copy of this Order be served upon all parties within ___ days of this Order.