UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                    Case No.:        _____

                                          Chapter:         _____

                                          Judge:           _____

---

### NOTICE OF PROPOSED PUBLIC SALE

---

_____, _____, in this case proposes to sell property of the estate as described below. If you object to the sale, you must file a written objection and serve it on the party named below not later than 7 days before the hearing date.

```
Address of the Clerk:



```

If an objection is filed, a hearing will be held before the Honorable _____
on _____ at _____a.m. at the United States Bankruptcy Court, Courtroom
no. _____, _____. (Hearing date must be at least 28 from the date of this notice).

If no objection to the sale is filed the clerk will enter a Certification of No Objection and the sale will be consummated as proposed.

```
Location, date and time of sale:



```

```
Description of property to be sold:



```

```
Terms of sale:




```

Objections must be served on, and requests for additional information directed to:

Name:       _____

Address:    _____

Telephone No.: _____

*rev.8/1/15*