UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     BRIAN W. MEAD

Case No.: 21-17470
Chapter: 7
Judge: KCF

---

### NOTICE OF PROPOSED PUBLIC SALE

__Bunce D. Atkinson__, __Chapter 7 Trustee__, in this case proposes to sell property of the estate as described below. If you object to the sale, you must file a written objection and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __August 29, 2024__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__, __402 East State Street, Trenton, New Jersey__. (Hearing date must be at least 28 from the date of this notice).

If no objection to the sale is filed the clerk will enter a Certification of No Objection and the sale will be consummated as proposed.

| | |
|---|---|
| Location, date and time of sale: | 116 Hale Avenue, White Plains, NY<br>September 19, 2024 at 11:00 a.m. |

| | |
|---|---|
| Description of property to be sold: | Real property located at 116 Hale Avenue, White Plains, NY |

| | |
|---|---|
| Terms of sale: | Free and clear of all liens, claims, and encumbrances, including but not limited to any mortgage liens, judgment liens, tax liens and municipal liens, with valid liens, claims and encumbrances to attach to proceeds |

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Chapter 7 Trustee
Address: 1011 Highway 71, Suite 200, Spring Lake, NJ 07762
Telephone No.: (732) 449-0525

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Brian W. Mead  
      Debtor

Case No. 21-17470-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Jul 25, 2024      Form ID: pdf905      Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian W. Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004 |
| aty | + | The Kelly Firm, P.C., 1011 Highway 71, Suite 200, Spring Lake, NJ 07762-3232 |
| sp | + | Alan R. Rosenberg, MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A, 9130 South Dadeland Boulevard, Suite 1800, Miami, FL 33156-7858 |
| auc | + | Auction Advisors, 26 Park Street, Suite 2200, Monclair, NJ 07042-3434 |
| app | + | Benchmark Appraisal, Inc., Fountain 9 Mall, 2153 Highway 35, Sea Girt, NJ 08750-1005 |
| cr | + | Brenda Pearson, 2273 West 21st Street, Los Angeles, CA 90018-1327 |
| cr | + | Brian Eklund, 2273 West 21st Street, Los Angeles, CA 90018-1327 |
| auc | + | Integrated Property Group Advisors, LLC d/b/a Auct, 26 Park Street, Suite 2200, Montclair, NJ 07042-3434 |
| sp | + | Law Office of Mark Faro, LLC., 151 W. Passaic Street, 2nd Fl Ste 17, Rochelle Park, NJ 07662-3105 |
| app | + | Skyline Appraisals, Inc., 650 Halstead Avenue, Mamaroneck, NY 10543-2742 |
| app | + | Skyline Appraisals, Inc. Inc., 650 Halstead Ave., Mamaroneck, NY 10543-2742 |
| acc | + | Timothy J. King, CPA, 347 Mount Pleasant Avenue, Suite 200, West Orange, NJ 07052-2749 |
| 519529729 | + | Amelia Romando, 127 Hale Ave, White Plains, NY 10605-1415 |
| 519331569 | + | Anasthesia Associates of, Danbury, 6 Germantown Road #5, Danbury, CT 06810-5027 |
| 519551017 | + | Barnabas Health, Inc. d/b/a RWJBH Corporate Servic, 95 Old Short Hills Road, West Orange, New Jersey 07052-1008 |
| 519529723 | + | Brian Eklund & Brenda, Pearson, 2273 W 21st St, Los Angeles, CA 90018-1327 |
| 519331572 | + | Capehart & Scatchard, PA, 8000 Midlantic Drive, Suite 300S, PO BOX 5016, Mount Laurel, NJ 08054-5016 |
| 519550595 | + | Cathleen A. Mead, Rita Ginzburg Law, LLC, 100 Douglas Rd., 2nd Floor, Far Hills, NJ 07931-2512 |
| 519314686 | + | Contemporary Dental Implants, 1825 Barnum Avenue, Suite 303, Stratford, CT 06614-5333 |
| 519529730 | + | Elio Miranda, 116 Hale Ave, White Plains, NY 10605-1416 |
| 519529731 | + | George Lesinck, 135 Seagrape Drive, Unit 204, Jupiter, FL 33458-7888 |
| 519331570 | + | Inspira Medical Center, 333 Irving Avenue, Bridgeton, NJ 08302-2123 |
| 519509414 | + | Inspira Medical Centers, Inc., c/o William G. Wright, Esquire, 8000 Midlantic Drive, Suite 300S, Mount Laurel, NJ 08054-1526 |
| 519331574 | + | John P. Lacey, Esq., Connell Foley, LLP., One Newark Center, 1085 Raymond Blvd., 19th Floor, Newark, NJ 07102-5218 |
| 519504233 | + | Karolyn Prisciandaro Speech Pathology, P.C., Stephen P. Dewey, Esq., P.C. (File 20431, PO Box 2511, Briarcliff Manor, NY 10510-8111 |
| 519529724 | + | Kathleen Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004 |
| 519529722 | + | Keith Bonchi, Esquire, 660 New Road, 1st Fl, Northfield, NJ 08225-1668 |
| 519331575 | + | Touchstone Technology Consulting, Ops Inc, 8 Beaver Brook Road, Ridgefield, CT 06877-1004 |
| 519529737 | | Zsuzanna Valisik, 106 Locustberry Lane, Jupiter, FL 33458 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 25 2024 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 25 2024 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: legalservices@pbctax.com | Jul 25 2024 20:33:00 | Palm Beach County Tax Collector, P.O. Box 3715, |

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 25, 2024 | Form ID: pdf905 | Total Noticed: 48 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | West Palm Beach, FL 33402-3715 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 25 2024 20:32:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 519314687 | | Email/Text: service@creditcenterinc.com | Jul 25 2024 20:33:00 | Credit Center Inc, Attn: Bankruptcy, 7 Finance Drive, Danbury, CT 06810 |
| 519314688 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 25 2024 20:43:14 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519314689 | ^ | MEBN | Jul 25 2024 20:30:40 | Danbury Hospital / Nuvance, 24 Hospital Ave, Danbury, CT 06810-6077 |
| 519323652 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 25 2024 20:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519314684 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 25 2024 20:54:53 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519314685 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 25 2024 20:44:10 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 519328603 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 25 2024 20:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519453449 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2024 20:43:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519483151 | + | Email/Text: legalservices@pbctax.com | Jul 25 2024 20:33:00 | Palm Beach County Tax Collector, Attn. Legal Services, P.O. Box 3715, West Palm Beach, FL 33402-3715 |
| 519453411 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2024 20:44:24 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519349743 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 25 2024 20:32:00 | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 519314690 | + | Email/Text: bankruptcy@sw-credit.com | Jul 25 2024 20:33:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 519331573 | + | Email/Text: ebn@rwjbh.org | Jul 25 2024 20:33:00 | Saint Barnabas Medical Center, 94 Old Short Hills Road, Livingston, NJ 07039-5668 |
| 520239224 | + | Email/Text: RASEBN@raslg.com | Jul 25 2024 20:32:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 519484482 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 25 2024 20:33:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Cathleen Mead |
| 519331571 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| aty | ##+ | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, 1599 Hamburg Turnpike, P.O. Box 2031, Wayne, NJ 07474-2031 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 4 |
| Date Rcvd: Jul 25, 2024 | Form ID: pdf905 | Total Noticed: 48 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2024                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G. Rosenberg | on behalf of Defendant Brian W. Mead adam@adamrosenbergesq.com office@adamrosenbergesq.com;rosenberg.adamb126671@notify.bestcase.com |
| Alan P. Fox | on behalf of Plaintiff Inspira Medical Centers  Inc. afox@capehart.com, whorton@capehart.com |
| Alan P. Fox | on behalf of Creditor Inspira Medical Center  Inc. afox@capehart.com, whorton@capehart.com |
| Alex Leight | on behalf of Plaintiff Bunce Atkinson aleight@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| Alex Leight | on behalf of Plaintiff Bunce D. Atkinson aleight@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| Alex Leight | on behalf of Trustee Bunce Atkinson aleight@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee Alexandria.M.Nikolinos@hud.gov |
| Andrew J. Kelly | on behalf of Attorney The Kelly Firm  P.C. akelly@kbtlaw.com, wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com |
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com |
| Andrew J. Kelly | on behalf of Spec. Counsel Alan R. Rosenberg akelly@kbtlaw.com wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com |
| Andrew J. Kelly | on behalf of Plaintiff Bunce Atkinson akelly@kbtlaw.com wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com |
| Anne S. Cantwell | on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com fmcallister@shermansilverstein.com;jbaugh@shermansilverstein.com |
| Brian W. Hofmeister | on behalf of Mediator Brian W. Hofmeister bwh@hofmeisterfirm.com  j119@ecfcbis.com |
| Bunce Atkinson | on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Bunce Atkinson | bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| David L. Stevens | on behalf of Attorney Scura  Wigfield, Heyer, Stevens & Cammarota, LLP dstevens@scura.com, dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura |
| Denise E. Carlon | |

| | |
|---|---|
| | on behalf of Creditor MEB Loan Trust VII dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John P. Lacey | |
| | on behalf of Creditor Barnabas Health Inc. jlacey@connellfoley.com |
| Karina Pia Lucid | |
| | on behalf of Defendant Brian W. Mead klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Keith A. Bonchi | |
| | on behalf of Creditor Brenda Pearson keith@gmslaw.com |
| Keith A. Bonchi | |
| | on behalf of Creditor Brian Eklund keith@gmslaw.com |
| Kimberly A. Wilson | |
| | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION kimwilson@raslg.com |
| Margaret Mcgee | |
| | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Michael A. Artis | |
| | on behalf of U.S. Trustee United States Trustee michael.a.artis@usdoj.gov |
| Michael A. Artis | |
| | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Nicholas Norcia | |
| | on behalf of Trustee Bunce Atkinson nnorcia@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com;sschwimmer@kbtlaw.com |
| Philip William Allogramento | |
| | on behalf of Creditor Barnabas Health Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com |
| Philip William Allogramento | |
| | on behalf of Plaintiff Barnabas Health Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com |
| Phillip Andrew Raymond | |
| | on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Travis Graga | |
| | on behalf of Trustee Bunce Atkinson trgraga@norris-law.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| William Charles Gattoni, Jr. | |
| | on behalf of Creditor Barnabas Health Inc. wgattoni@connellfoley.com |
| William G. Wright | |
| | on behalf of Plaintiff Inspira Medical Centers Inc. wwright@capehart.com, jlafferty@capehart.com |
| William G. Wright | |
| | on behalf of Creditor Inspira Medical Center Inc. wwright@capehart.com, jlafferty@capehart.com |

TOTAL: 35