UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

THE KELLY FIRM, P.C.
Andrew J. Kelly, Esq.
Bunce D. Atkinson, Esq.
1011 Highway 71, Suite 200
Spring Lake, NJ  07762
Attorneys for Bunce D. Atkinson, the Chapter 7 Trustee
732-449-0525
akelly@kbtlaw.com

Order Filed on August 21, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   BRIAN W. MEAD,
               Debtor.

Case No.: 21-17470

Hearing Date: TBD

Judge: MBK

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: August 21, 2024

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| The Kelly Firm, P.C. | $98,258.50 | $2,051.61 |

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-17470-MBK |
| Brian W. Mead | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 21, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

**Recip ID        Recipient Name and Address**
db              + Brian W. Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2024              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:

**Name            Email Address**

Adam G. Rosenberg
                on behalf of Defendant Brian W. Mead adam@adamrosenbergesq.com
                office@adamrosenbergesq.com;rosenberg.adamb126671@notify.bestcase.com

Adam G. Rosenberg
                on behalf of Debtor Brian W. Mead adam@adamrosenbergesq.com
                office@adamrosenbergesq.com;rosenberg.adamb126671@notify.bestcase.com

Alan P. Fox
                on behalf of Creditor Inspira Medical Center  Inc. afox@capehart.com, whorton@capehart.com

Alan P. Fox
                on behalf of Plaintiff Inspira Medical Centers  Inc. afox@capehart.com, whorton@capehart.com

Alex Leight
                on behalf of Trustee Bunce Atkinson aleight@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Aug 21, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Alex Leight
    on behalf of Plaintiff Bunce Atkinson aleight@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com

Alex Leight
    on behalf of Plaintiff Bunce D. Atkinson aleight@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com

Alexandria Nikolinos
    on behalf of U.S. Trustee U.S. Trustee Alexandria.M.Nikolinos@hud.gov

Andrew J. Kelly
    on behalf of Attorney The Kelly Firm  P.C. akelly@kbtlaw.com, wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly
    on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly
    on behalf of Spec. Counsel Alan R. Rosenberg akelly@kbtlaw.com wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly
    on behalf of Plaintiff Bunce Atkinson akelly@kbtlaw.com wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Anne S. Cantwell
    on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com fmcallister@shermansilverstein.com;jbaugh@shermansilverstein.com

Brian W. Hofmeister
    on behalf of Mediator Brian W. Hofmeister bwh@hofmeisterfirm.com j119@ecfcbis.com

Bunce Atkinson
    on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
    bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

David L. Stevens
    on behalf of Attorney Scura  Wigfield, Heyer, Stevens & Cammarota, LLP dstevens@scura.com, dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura

Denise E. Carlon
    on behalf of Creditor MEB Loan Trust VII dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

John P. Lacey
    on behalf of Creditor Barnabas Health  Inc. jlacey@connellfoley.com

Karina Pia Lucid
    on behalf of Defendant Brian W. Mead klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Keith A. Bonchi
    on behalf of Creditor Brenda Pearson keith@gmslaw.com

Keith A. Bonchi
    on behalf of Creditor Brian Eklund keith@gmslaw.com

Kimberly A. Wilson
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION kimwilson@raslg.com

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael A. Artis
    on behalf of U.S. Trustee United States Trustee michael.a.artis@usdoj.gov

Nicholas Norcia
    on behalf of Trustee Bunce Atkinson nnorcia@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com;sschwimmer@kbtlaw.com

Philip William Allogramento
    on behalf of Creditor Barnabas Health  Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento
    on behalf of Plaintiff Barnabas Health  Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Phillip Andrew Raymond

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 21, 2024 | Form ID: pdf903 | Total Noticed: 1 |

    on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Stephen Schwimmer, I
    on behalf of Plaintiff Bunce D. Atkinson sschwimmer@kbtlaw.com akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com

Travis Graga
    on behalf of Trustee Bunce Atkinson trgraga@norris-law.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William Charles Gattoni, Jr.
    on behalf of Creditor Barnabas Health Inc. wgattoni@connellfoley.com

William G. Wright
    on behalf of Plaintiff Inspira Medical Centers Inc. wwright@capehart.com, jlafferty@capehart.com

William G. Wright
    on behalf of Creditor Inspira Medical Center Inc. wwright@capehart.com, jlafferty@capehart.com


TOTAL: 37