Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−17470−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian W. Mead
   8 Beaver Brook Road
   Ridgefield, CT 06877

Social Security No.:
   xxx−xx−5344

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on August 30, 2024, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 246 − 241
Order Granting Application to Employ Derek Eisenberg as Appraiser (Related Doc # 241). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/30/2024. (km)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 30, 2024
JAN: km

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-17470-MBK |
| Brian W. Mead | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 30, 2024 | Form ID: orderntc | Total Noticed: 15 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian W. Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004 |
| aty | + | The Kelly Firm, P.C., 1011 Highway 71, Suite 200, Spring Lake, NJ 07762-3232 |
| sp | + | Alan R. Rosenberg, MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A, 9130 South Dadeland Boulevard, Suite 1800, Miami, FL 33156-7858 |
| auc | + | Auction Advisors, 26 Park Street, Suite 2200, Monclair, NJ 07042-3434 |
| app | + | Benchmark Appraisal, Inc., Fountain 9 Mall, 2153 Highway 35, Sea Girt, NJ 08750-1005 |
| cr | + | Brenda Pearson, 2273 West 21st Street, Los Angeles, CA 90018-1327 |
| cr | + | Brian Eklund, 2273 West 21st Street, Los Angeles, CA 90018-1327 |
| app | + | Derek Eisenberg, Continental Real Estate Services, Inc., 259 Kinderkamack Rd, Hackensack, NJ 07601-5030 |
| auc | + | Integrated Property Group Advisors, LLC d/b/a Auct, 26 Park Street, Suite 2200, Montclair, NJ 07042-3434 |
| sp | + | Law Office of Mark Faro, LLC., 151 W. Passaic Street, 2nd Fl Ste 17, Rochelle Park, NJ 07662-3105 |
| app | + | Skyline Appraisals, Inc., 650 Halstead Avenue, Mamaroneck, NY 10543-2742 |
| app | + | Skyline Appraisals, Inc. Inc., 650 Halstead Ave., Mamaroneck, NY 10543-2742 |
| acc | + | Timothy J. King, CPA, 347 Mount Pleasant Avenue, Suite 200, West Orange, NJ 07052-2749 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: legalservices@pbctax.com | Aug 30 2024 20:36:00 | Palm Beach County Tax Collector, P.O. Box 3715, West Palm Beach, FL 33402-3715 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 30 2024 20:35:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Cathleen Mead |
| aty | ##+ | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, 1599 Hamburg Turnpike, P.O. Box 2031, Wayne, NJ 07474-2031 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Aug 30, 2024 | Form ID: orderntc | Total Noticed: 15

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2024            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Adam G. Rosenberg
   on behalf of Defendant Brian W. Mead adam@adamrosenbergesq.com
   office@adamrosenbergesq.com;rosenberg.adamb126671@notify.bestcase.com

Adam G. Rosenberg
   on behalf of Debtor Brian W. Mead adam@adamrosenbergesq.com
   office@adamrosenbergesq.com;rosenberg.adamb126671@notify.bestcase.com

Alan P. Fox
   on behalf of Plaintiff Inspira Medical Centers  Inc. afox@capehart.com, whorton@capehart.com

Alan P. Fox
   on behalf of Creditor Inspira Medical Center  Inc. afox@capehart.com, whorton@capehart.com

Alex Leight
   on behalf of Plaintiff Bunce Atkinson aleight@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com

Alex Leight
   on behalf of Plaintiff Bunce D. Atkinson aleight@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com

Alex Leight
   on behalf of Trustee Bunce Atkinson aleight@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com

Alexandria Nikolinos
   on behalf of U.S. Trustee U.S. Trustee Alexandria.M.Nikolinos@hud.gov

Andrew J. Kelly
   on behalf of Attorney The Kelly Firm  P.C. akelly@kbtlaw.com,
   wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly
   on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com
   wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly
   on behalf of Spec. Counsel Alan R. Rosenberg akelly@kbtlaw.com
   wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly
   on behalf of Plaintiff Bunce Atkinson akelly@kbtlaw.com
   wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Anne S. Cantwell
   on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com
   fmcallister@shermansilverstein.com;jbaugh@shermansilverstein.com

Brian W. Hofmeister
   on behalf of Mediator Brian W. Hofmeister bwh@hofmeisterfirm.com  j119@ecfcbis.com

Bunce Atkinson
   on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com
   NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
   bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

David L. Stevens
   on behalf of Attorney Scura  Wigfield, Heyer, Stevens & Cammarota, LLP dstevens@scura.com,
   dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura

Denise E. Carlon
   on behalf of Creditor MEB Loan Trust VII dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 30, 2024 | Form ID: orderntc | Total Noticed: 15 |

John P. Lacey
    on behalf of Creditor Barnabas Health Inc. jlacey@connellfoley.com

Karina Pia Lucid
    on behalf of Defendant Brian W. Mead klucid@karinalucidlaw.com
    15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Keith A. Bonchi
    on behalf of Creditor Brenda Pearson keith@gmslaw.com

Keith A. Bonchi
    on behalf of Creditor Brian Eklund keith@gmslaw.com

Kimberly A. Wilson
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION kimwilson@raslg.com

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Artis
    on behalf of U.S. Trustee United States Trustee michael.a.artis@usdoj.gov

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Nicholas Norcia
    on behalf of Trustee Bunce Atkinson nnorcia@kbtlaw.com
    akelly@kbtlaw.com;wsheridan@kbtlaw.com;sschwimmer@kbtlaw.com

Philip William Allogramento
    on behalf of Creditor Barnabas Health Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento
    on behalf of Plaintiff Barnabas Health Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Phillip Andrew Raymond
    on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com,
    mccallaecf@ecf.courtdrive.com

Stephen Schwimmer, I
    on behalf of Trustee Bunce Atkinson sschwimmer@kbtlaw.com
    akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com

Stephen Schwimmer, I
    on behalf of Plaintiff Bunce D. Atkinson sschwimmer@kbtlaw.com
    akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com

Travis Graga
    on behalf of Trustee Bunce Atkinson trgraga@norris-law.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William Charles Gattoni, Jr.
    on behalf of Creditor Barnabas Health Inc. wgattoni@connellfoley.com

William G. Wright
    on behalf of Plaintiff Inspira Medical Centers Inc. wwright@capehart.com, jlafferty@capehart.com

William G. Wright
    on behalf of Creditor Inspira Medical Center Inc. wwright@capehart.com, jlafferty@capehart.com

TOTAL: 38