UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

The Kelly Firm, PC
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, NJ 07762-2030
(732) 449-0525; Fax (732) 449-0592
Attorneys for Bunce D. Atkinson, Ch 7 Trustee

**Order Filed on August 30, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

BRIAN W. MEAD,

Debtor.

Case No.: __21-17470__

Judge: __MBK__

Chapter: __7__

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER AUTHORIZING RETENTION OF __DEREK EISENBERG__

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 30, 2024**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

In re: Brian W. Mead

Case No.: 21-17470

Applicant: Bunce D. Atkinson, Chapter 7 Trustee

(check all that apply) ☑ Trustee: ☑ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: Derek Eisenberg

Address of Professional: Continental Real Estate Services, Inc.

259 Kinderkamack Rd

Hackensack, NJ 07601

☐ Attorney for (check all that apply):

☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☑ Other Professional:

☐ Realtor ☑ Appraiser ☐ Special Counsel ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-17470-MBK
Brian W. Mead  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Aug 30, 2024  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian W. Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2024  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G. Rosenberg | on behalf of Defendant Brian W. Mead adam@adamrosenbergesq.com office@adamrosenbergesq.com;rosenberg.adamb126671@notify.bestcase.com |
| Adam G. Rosenberg | on behalf of Debtor Brian W. Mead adam@adamrosenbergesq.com office@adamrosenbergesq.com;rosenberg.adamb126671@notify.bestcase.com |
| Alan P. Fox | on behalf of Creditor Inspira Medical Center Inc. afox@capehart.com, whorton@capehart.com |
| Alan P. Fox | on behalf of Plaintiff Inspira Medical Centers Inc. afox@capehart.com, whorton@capehart.com |
| Alex Leight | on behalf of Trustee Bunce Atkinson aleight@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Aug 30, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Alex Leight
    on behalf of Plaintiff Bunce Atkinson aleight@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com

Alex Leight
    on behalf of Plaintiff Bunce D. Atkinson aleight@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com

Alexandria Nikolinos
    on behalf of U.S. Trustee U.S. Trustee Alexandria.M.Nikolinos@hud.gov

Andrew J. Kelly
    on behalf of Attorney The Kelly Firm P.C. akelly@kbtlaw.com,
wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly
    on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com
wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly
    on behalf of Spec. Counsel Alan R. Rosenberg akelly@kbtlaw.com
wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly
    on behalf of Plaintiff Bunce Atkinson akelly@kbtlaw.com
wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Anne S. Cantwell
    on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com
fmcallister@shermansilverstein.com;jbaugh@shermansilverstein.com

Brian W. Hofmeister
    on behalf of Mediator Brian W. Hofmeister bwh@hofmeisterfirm.com j119@ecfcbis.com

Bunce Atkinson
    on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com
NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
    bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

David L. Stevens
    on behalf of Attorney Scura Wigfield, Heyer, Stevens & Cammarota, LLP dstevens@scura.com,
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura

Denise E. Carlon
    on behalf of Creditor MEB Loan Trust VII dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

John P. Lacey
    on behalf of Creditor Barnabas Health Inc. jlacey@connellfoley.com

Karina Pia Lucid
    on behalf of Defendant Brian W. Mead klucid@karinalucidlaw.com
15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Keith A. Bonchi
    on behalf of Creditor Brenda Pearson keith@gmslaw.com

Keith A. Bonchi
    on behalf of Creditor Brian Eklund keith@gmslaw.com

Kimberly A. Wilson
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION kimwilson@raslg.com

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael A. Artis
    on behalf of U.S. Trustee United States Trustee michael.a.artis@usdoj.gov

Nicholas Norcia
    on behalf of Trustee Bunce Atkinson nnorcia@kbtlaw.com
akelly@kbtlaw.com;wsheridan@kbtlaw.com;sschwimmer@kbtlaw.com

Philip William Allogramento
    on behalf of Creditor Barnabas Health Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento
    on behalf of Plaintiff Barnabas Health Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Phillip Andrew Raymond

| | |
|---|---|
| | on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Stephen Schwimmer, I | on behalf of Trustee Bunce Atkinson sschwimmer@kbtlaw.com akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com |
| Stephen Schwimmer, I | on behalf of Plaintiff Bunce D. Atkinson sschwimmer@kbtlaw.com akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com |
| Travis Graga | on behalf of Trustee Bunce Atkinson trgraga@norris-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William Charles Gattoni, Jr. | on behalf of Creditor Barnabas Health Inc. wgattoni@connellfoley.com |
| William G. Wright | on behalf of Plaintiff Inspira Medical Centers Inc. wwright@capehart.com, jlafferty@capehart.com |
| William G. Wright | on behalf of Creditor Inspira Medical Center Inc. wwright@capehart.com, jlafferty@capehart.com |

TOTAL: 38