UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

THE KELLY FIRM, P.C.
Andrew J. Kelly, Esq.
Bunce D. Atkinson, Esq.
Stephen A. Schwimmer, Esq.
1011 Highway 71, Suite 200
Spring Lake, NJ 07762
(732) 449-0525
akelly@kbtlaw.com
Bunceatkinson@aol.com
sschwimmer@kbtlaw.com
Attorneys for Trustee, Bunce D. Atkinson, Esq

Order Filed on September 4, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
BRIAN W. MEAD,

                      Debtor.

Case No.:       21-17470

Chapter:        7

Judge:          MBK

## ORDER SHORTENING TIME PERIOD FOR NOTICE,
## SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

DATED: September 4, 2024

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of <u>Andrew J. Kelly, Esq.</u> for the reduction of time for a hearing on <u>Motion to Compel Tenants to Cooperate in Marketing Property for Sale</u> <u>(said property located at 116 Hale Avenue, White Plains, NY).</u> under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on <u>Friday, September 6, 2024</u> at <u>10:00 a.m.</u> in the United States Bankruptcy Court, <u>402 East State Street, Trenton, N.J. 08608</u>, Courtroom No. <u>8</u>.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: <u>The Debtor, Debtor's attorney, the US Trustee's Office, any/all secured creditors and</u> <u>Tenants at the property.</u>

by ☐ each, ☑ any of the following methods selected by the Court:

☐ fax,  ☑ overnight mail,  ☐ regular mail,  ☑ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☑ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☑ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

_____ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

✗ *** Matter to be heard on the papers; if objections are filed hearing to be carried to 9/9/2024 at 10:00 a.m. ***

8. ☐ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*