| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>THE KELLY FIRM, P.C.<br>Andrew J. Kelly, Esq.<br>Bunce D. Atkinson, Esq.<br>Nicholas D. Norcia, Esq.<br>1011 Highway 71, Suite 200<br>Spring Lake, NJ 07762<br>(732) 449-0525<br>Attorneys for Chapter 7 Trustee<br>Bunce D. Atkinson, Esq. | Case No.: 21-17470<br><br>Chapter: 7 |
| In Re:<br><br>BRIAN W. MEAD,<br>        Debtor. | Adv. No.:<br><br>Hearing Date: 9/5/2024<br><br>Judge: MBK |

## CERTIFICATION OF SERVICE

1. I, __Wendy Kelly-Sheridan__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __The Kelly Firm, P. C__, who represents __Bunce D. Atkinson, Trustee__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __September 4, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Motion to Compel Tenants to Comply, Certifications of Trustee and Auctioneer, Proposed Order, SHORT TIME HEARING Order.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 4, 2024                                  /s/ Wendy Kelly-Sheridan
                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael A. Artis, Esq.<br>Margaret McGee, Esq.<br>DOJ-Ust<br>One Newark Center<br>1085 Raymond Blvd.<br>Ste 21st Floor<br>Newark, NJ 07102 | U.S. Trustee's Office | ☐ Hand-delivered<br>　Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>CM/ECF & FedEx</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brian W. Mead<br>8 Beaver Brook Road<br>Ridgefield, CT 06877 | Debtor | ☐ Hand-delivered<br>　Regular mail<br>☐ Certified mail/RR<br>☐ Other <u>FedEx</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Adam G. Rosenberg, Esq<br>70 South Main St Floor 2<br>Cranbury, NJ 08512 | Attorney for Debtor | ☐ Hand-delivered<br>　Regular mail<br>☐ Certified mail/RR<br>☐ Other <u>　CM/ECF & FedEx</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001<br>pocquestions@nbsdefaultservices.com | Creditor | ☐ Hand-delivered<br>　Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>CM/ECF & Email</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William G. Wright, Esq.<br>Alan P Fox, Esq.<br>CAPEHART & SCATCHARD, P.A.<br>8000 Midlantic Drive, Suite 300 S<br>Mt. Laurel, New Jersey 08054<br>wwright@capehart.com<br>afox@capehart.com | Attorney for creditor, Inspira | ☐ Hand-delivered<br>　Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>CM/ECF & FedEx</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isidora Loarte<br>116 Hale Avenue<br>White Plains, NY  10605 | Tenant | ☐ Hand-delivered<br>  Regular mail<br>☐ Certified mail/RR<br>☒ Other FedEx<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Braulio Loarte<br>116 Hale Avenue<br>White Plains, NY  10605 | Tenant | ☐ Hand-delivered<br>  Regular mail<br>☐ Certified mail/RR<br>☒ Other FedEx<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Elio Miranda<br>116 Hale Avenue<br>White Plains, NY  10605 | Tenant | ☐ Hand-delivered<br>  Regular mail<br>☐ Certified mail/RR<br>☒ Other    FedEx<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Manuel Miranda<br>116 Hale Avenue<br>White Plains, NY  10605 | Tenant | ☐ Hand-delivered<br>  Regular mail<br>☐ Certified mail/RR<br>☒ Other FedEx<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2