

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | **Order Filed on September 6, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>THE KELLY FIRM, P.C.<br>Andrew J. Kelly, Esq.<br>Bunce D. Atkinson, Esq.<br>Stephen A. Schwimmer, Esq.<br>1011 Highway 71, Suite 200<br>Spring Lake, NJ 07762<br>(732) 449-0525<br>akelly@kbtlaw.com<br>Bunceatkinson@aol.com<br>sschwimmer@kbtlaw.com<br>*Attorneys for Trustee, Bunce D. Atkinson, Esq.* | |
| In re:<br><br>BRIAN W. MEAD,<br><br>            Debtor. | Case No.: 21-17470 MBK<br><br>Chapter:   7<br><br>Judge:  Chief Judge, Michael B. Kaplan<br><br>Hearing Date: August 29, 2024 |

**ORDER DENYING DEBTOR'S OBJECTION TO THE NOTICE OF PUBLIC AUCTION SALE (DOC.# 237) FOR THE SALE OF 116 HALE AVENUE, WHITE PLAINS, NY, WITHOUT PREJUDICE AND AUTHORIZING THE AUCTION TO PROCEED**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 6, 2024**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor:          Brian W. Mead
Case No.:        21-17470 MBK
Adv. Case No.:   23-1244 MBK
Caption:         ORDER DENYING DEBTOR'S OBJECTION TO THE NOTICE OF PUBLIC AUCTION SALE (DOC.# 237) FOR THE SALE OF 116 HALE AVENUE, WHITE PLAINS, NY, WITHOUT PREJUDICE AND AUTHORIZING THE AUCTION TO PROCEED

**THIS MATTER** having been opened to the Court by Bunce D. Atkinson, Esq., the Chapter 7 Trustee for the Debtor Estate of Brian W. Mead (the "Debtor"), on a Notice of Proposed Public Sale (Doc.# 237) (the "Notice"), for the sale of real property owned by the Debtor, located at 116 Hale Avenue, White Plains, NY (the "Property"); and notice having been provided to all interested parties; and Debtor having filed an Objection to the Notice; and the Court having considered the pleadings filed herein, heard the arguments of counsel, if any; and for the reasons set forth on the record, and for good cause shown,

It is **ORDERED** as follows:

1. The Debtor's objection to the Notice is hereby **DENIED** without prejudice.

2. The auction sale of the Property shall proceed as intended in the Notice, on or about September 19, 2024, and upon completion of the auction sale the Trustee through counsel shall file a motion to approve the results of the auction sale free and clear of all liens, claims, and encumbrances, including but not limited to any mortgage liens, judgment liens, tax liens and municipal liens, with valid liens, claims and encumbrances to attach to proceeds.