**THE KELLY FIRM, P.C.**
Andrew J. Kelly, Esq.
Bunce D. Atkinson, Esq.
Stephen A. Schwimmer, Esq.
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762
(732) 449-0525
akelly@kbtlaw.com
bunceatkinson@aol.com
sschwimmer@kbtlaw.com
*Attorneys for the Trustee, Bunce D. Atkinson, Esq.*

**Order Filed on September 6, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In re: | **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
|---|---|
| BRIAN W. MEAD, | Case No.: 21-17470 |
| Debtor. | Hon. Michael B. Kaplan, U.S.B.J. |
| | Hearing Date: EMERGENT HEARING REQUESTED |

**ORDER COMPELLING TENANTS OF 116 HALE AVENUE PROPERTY TO COOPERATE IN MARKETING PROPERTY FOR SALE AND GRANTING RELATED RELIEF**

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: September 6, 2024**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER**, having been presented to the Court by Bunce D. Atkinson, Chapter 7 Trustee (the "Trustee") for Brian W. Mead ("Debtor"), by and through his counsel, The Kelly Firm, P.C., upon the filing of a Motion for an Order Granting Motion of Trustee for Order Compelling Tenants and Debtor to Cooperate in Marketing Property for Sale and Granting Related Relief and finding good and sufficient cause existing for granting of the relief as set forth here,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is **GRANTED.**
2. Tenants, Isiddora Loarte, Braulio Loarte, Elio Miranda, Manual Miranda, and all other occupants (collectively, the "Tenants") who reside at 116 Hale Avenue White Plains, New York (the "Property") must cooperate with the Trustee in his efforts to sell the Property.
3. The Tenants must comply with all requests of the Trustee and his professionals to facilitate the sale of the Property including but not limited to:
   a. Cooperating in scheduling the appraisal of the Property.
   b. Providing unrestricted access to the Property on September 12, 2024, from 11:00a.m. to 2:00p.m. for the scheduled open house of the Property.
   c. Providing unrestricted access to the Property on September 19, 2024, from 9:30a.m. to 11:00a.m. for the scheduled public auction of the Property.
4. The Tenants will use reasonable and best efforts to keep the Property tidy to facilitate showings to prospective purchasers.
5. If the Tenants fail to comply with the terms hereof, the Trustee must provide 24 hours' notice by email of the Trustee's position that the Tenants are in contempt. If the Tenants do not cure the contempt, the Trustee is authorized to apply for entry of an Order of

Eviction on an emergent basis certifying as to the nature of the Tenants' contempt providing the Tenants with notice of same by email. The Order of Eviction will provide for eviction by the U.S. Marshals' Service.

3