

Order Filed on September 6, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| THE KELLY FIRM, P.C.<br>Andrew J. Kelly, Esq.<br>Bunce D. Atkinson, Esq.<br>Stephen A. Schwimmer, Esq.<br>1011 Highway 71, Suite 200<br>Spring Lake, NJ 07762<br>(732) 449-0525<br>akelly@kbtlaw.com<br>Bunceatkinson@aol.com<br>sschwimmer@kbtlaw.com<br>*Attorneys for Trustee, Bunce D. Atkinson, Esq.* |
| In re:<br><br>BRIAN W. MEAD,<br><br>                Debtor. |

Case No.: 21-17470 MBK

Chapter:  7

Judge:  Chief Judge, Michael B. Kaplan

Hearing Date: August 29, 2024

**ORDER DENYING DEBTOR'S OBJECTION TO THE NOTICE OF PUBLIC AUCTION SALE (DOC.# 237) FOR THE SALE OF 116 HALE AVENUE, WHITE PLAINS, NY, WITHOUT PREJUDICE AND AUTHORIZING THE AUCTION TO PROCEED**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 6, 2024**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

| | |
|---|---|
| Debtor: | Brian W. Mead |
| Case No.: | 21-17470 MBK |
| Adv. Case No.: | 23-1244 MBK |
| Caption: | ORDER DENYING DEBTOR'S OBJECTION TO THE NOTICE OF PUBLIC AUCTION SALE (DOC.# 237) FOR THE SALE OF 116 HALE AVENUE, WHITE PLAINS, NY, WITHOUT PREJUDICE AND AUTHORIZING THE AUCTION TO PROCEED |

**THIS MATTER** having been opened to the Court by Bunce D. Atkinson, Esq., the Chapter 7 Trustee for the Debtor Estate of Brian W. Mead (the "Debtor"), on a Notice of Proposed Public Sale (Doc.# 237) (the "Notice"), for the sale of real property owned by the Debtor, located at 116 Hale Avenue, White Plains, NY (the "Property"); and notice having been provided to all interested parties; and Debtor having filed an Objection to the Notice; and the Court having considered the pleadings filed herein, heard the arguments of counsel, if any; and for the reasons set forth on the record, and for good cause shown,

It is **ORDERED** as follows:

1. The Debtor's objection to the Notice is hereby **DENIED** without prejudice.

2. The auction sale of the Property shall proceed as intended in the Notice, on or about September 19, 2024, and upon completion of the auction sale the Trustee through counsel shall file a motion to approve the results of the auction sale free and clear of all liens, claims, and encumbrances, including but not limited to any mortgage liens, judgment liens, tax liens and municipal liens, with valid liens, claims and encumbrances to attach to proceeds.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-17470-MBK |
| Brian W. Mead | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 06, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian W. Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 08, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G. Rosenberg | on behalf of Defendant Brian W. Mead adam@adamrosenbergesq.com office@adamrosenbergesq.com;rosenberg.adamb126671@notify.bestcase.com |
| Adam G. Rosenberg | on behalf of Debtor Brian W. Mead adam@adamrosenbergesq.com office@adamrosenbergesq.com;rosenberg.adamb126671@notify.bestcase.com |
| Alan P. Fox | on behalf of Creditor Inspira Medical Center  Inc. afox@capehart.com, whorton@capehart.com |
| Alan P. Fox | on behalf of Plaintiff Inspira Medical Centers  Inc. afox@capehart.com, whorton@capehart.com |
| Alex Leight | on behalf of Trustee Bunce Atkinson aleight@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Sep 06, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Alex Leight
    on behalf of Plaintiff Bunce Atkinson aleight@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com

Alex Leight
    on behalf of Plaintiff Bunce D. Atkinson aleight@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com

Alexandria Nikolinos
    on behalf of U.S. Trustee U.S. Trustee Alexandria.M.Nikolinos@hud.gov

Andrew J. Kelly
    on behalf of Attorney The Kelly Firm P.C. akelly@kbtlaw.com,
    wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly
    on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com
    wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly
    on behalf of Spec. Counsel Alan R. Rosenberg akelly@kbtlaw.com
    wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly
    on behalf of Plaintiff Bunce Atkinson akelly@kbtlaw.com
    wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Anne S. Cantwell
    on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com
    fmcallister@shermansilverstein.com;jbaugh@shermansilverstein.com

Brian W. Hofmeister
    on behalf of Mediator Brian W. Hofmeister bwh@hofmeisterfirm.com j119@ecfcbis.com

Bunce Atkinson
    on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com
    NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
    bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

David L. Stevens
    on behalf of Attorney Scura Wigfield, Heyer, Stevens & Cammarota, LLP dstevens@scura.com,
    dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura

Denise E. Carlon
    on behalf of Creditor MEB Loan Trust VII dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

John P. Lacey
    on behalf of Creditor Barnabas Health Inc. jlacey@connellfoley.com

Karina Pia Lucid
    on behalf of Defendant Brian W. Mead klucid@karinalucidlaw.com
    15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Keith A. Bonchi
    on behalf of Creditor Brenda Pearson keith@gmslaw.com

Keith A. Bonchi
    on behalf of Creditor Brian Eklund keith@gmslaw.com

Kimberly A. Wilson
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION kimwilson@raslg.com

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael A. Artis
    on behalf of U.S. Trustee United States Trustee michael.a.artis@usdoj.gov

Nicholas Norcia
    on behalf of Trustee Bunce Atkinson nnorcia@kbtlaw.com
    akelly@kbtlaw.com;wsheridan@kbtlaw.com;sschwimmer@kbtlaw.com

Philip William Allogramento
    on behalf of Creditor Barnabas Health Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento
    on behalf of Plaintiff Barnabas Health Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Phillip Andrew Raymond

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Sep 06, 2024 | Form ID: pdf903 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Stephen Schwimmer, I | on behalf of Trustee Bunce Atkinson sschwimmer@kbtlaw.com akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com |
| Stephen Schwimmer, I | on behalf of Plaintiff Bunce D. Atkinson sschwimmer@kbtlaw.com akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com |
| Travis Graga | on behalf of Trustee Bunce Atkinson trgraga@norris-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William Charles Gattoni, Jr. | on behalf of Creditor Barnabas Health Inc. wgattoni@connellfoley.com |
| William G. Wright | on behalf of Plaintiff Inspira Medical Centers Inc. wwright@capehart.com, jlafferty@capehart.com |
| William G. Wright | on behalf of Creditor Inspira Medical Center Inc. wwright@capehart.com, jlafferty@capehart.com |

TOTAL: 38