**THE KELLY FIRM, P.C.**
Andrew J. Kelly, Esq.
Bunce D. Atkinson, Esq.
Stephen A. Schwimmer, Esq.
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762
(732) 449-0525
akelly@kbtlaw.com
bunceatkinson@aol.com
sschwimmer@kbtlaw.com
*Attorneys for the Trustee, Bunce D. Atkinson, Esq.*

**Order Filed on September 6, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>BRIAN W. MEAD,<br><br><br>          Debtor. | **UNITED STATES BANKRUPTCY COURT<br>  FOR THE DISTRICT OF NEW JERSEY**<br><br>Case No.: 21-17470<br><br>Hon. Michael B. Kaplan, U.S.B.J.<br><br><br>Hearing Date: EMERGENT HEARING<br>REQUESTED |

**ORDER COMPELLING TENANTS OF 116 HALE AVENUE PROPERTY TO
COOPERATE IN MARKETING PROPERTY FOR SALE AND GRANTING RELATED
RELIEF**

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: September 6, 2024**

*[signature: Michael B. Kaplan]*

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER**, having been presented to the Court by Bunce D. Atkinson, Chapter 7

Trustee (the "Trustee") for Brian W. Mead ("Debtor"), by and through his counsel, The Kelly

Firm, P.C., upon the filing of a Motion for an Order Granting Motion of Trustee for Order

Compelling Tenants and Debtor to Cooperate in Marketing Property for Sale and Granting

Related Relief and finding good and sufficient cause existing for granting of the relief as set forth

here,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is **GRANTED.**

2. Tenants, Isiddora Loarte, Braulio Loarte, Elio Miranda, Manual Miranda, and all other

   occupants (collectively, the "Tenants") who reside at 116 Hale Avenue White Plains, New

   York (the "Property") must cooperate with the Trustee in his efforts to sell the Property.

3. The Tenants must comply with all requests of the Trustee and his professionals to

   facilitate the sale of the Property including but not limited to:

   a. Cooperating in scheduling the appraisal of the Property.

   b. Providing unrestricted access to the Property on September 12, 2024, from

      11:00a.m. to 2:00p.m. for the scheduled open house of the Property.

   c. Providing unrestricted access to the Property on September 19, 2024, from

      9:30a.m. to 11:00a.m. for the scheduled public auction of the Property.

4. The Tenants will use reasonable and best efforts to keep the Property tidy to facilitate

   showings to prospective purchasers.

5. If the Tenants fail to comply with the terms hereof, the Trustee must provide 24 hours'

   notice by email of the Trustee's position that the Tenants are in contempt. If the Tenants

   do not cure the contempt, the Trustee is authorized to apply for entry of an Order of

2

Eviction on an emergent basis certifying as to the nature of the Tenants' contempt

providing the Tenants with notice of same by email. The Order of Eviction will provide

for eviction by the U.S. Marshals' Service.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 21-17470-MBK

Brian W. Mead                                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 06, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian W. Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2024           Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam G. Rosenberg | on behalf of Defendant Brian W. Mead adam@adamrosenbergesq.com office@adamrosenbergesq.com;rosenberg.adamb126671@notify.bestcase.com |
| Adam G. Rosenberg | on behalf of Debtor Brian W. Mead adam@adamrosenbergesq.com office@adamrosenbergesq.com;rosenberg.adamb126671@notify.bestcase.com |
| Alan P. Fox | on behalf of Creditor Inspira Medical Center  Inc. afox@capehart.com, whorton@capehart.com |
| Alan P. Fox | on behalf of Plaintiff Inspira Medical Centers  Inc. afox@capehart.com, whorton@capehart.com |
| Alex Leight | on behalf of Trustee Bunce Atkinson aleight@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com |

District/off: 0312-3                        User: admin                        Page 2 of 3
Date Rcvd: Sep 06, 2024                     Form ID: pdf903                     Total Noticed: 1

Alex Leight
                    on behalf of Plaintiff Bunce Atkinson aleight@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com

Alex Leight
                    on behalf of Plaintiff Bunce D. Atkinson aleight@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com

Alexandria Nikolinos
                    on behalf of U.S. Trustee U.S. Trustee Alexandria.M.Nikolinos@hud.gov

Andrew J. Kelly
                    on behalf of Attorney The Kelly Firm  P.C. akelly@kbtlaw.com,
                    wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly
                    on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com
                    wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly
                    on behalf of Spec. Counsel Alan R. Rosenberg akelly@kbtlaw.com
                    wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly
                    on behalf of Plaintiff Bunce Atkinson akelly@kbtlaw.com
                    wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Anne S. Cantwell
                    on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com
                    fmcallister@shermansilverstein.com;jbaugh@shermansilverstein.com

Brian W. Hofmeister
                    on behalf of Mediator Brian W. Hofmeister bwh@hofmeisterfirm.com  j119@ecfcbis.com

Bunce Atkinson
                    on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com
                    NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
                    bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

David L. Stevens
                    on behalf of Attorney Scura  Wigfield, Heyer, Stevens & Cammarota, LLP dstevens@scura.com,
                    dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromer
                    o@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura

Denise E. Carlon
                    on behalf of Creditor MEB Loan Trust VII dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

John P. Lacey
                    on behalf of Creditor Barnabas Health  Inc. jlacey@connellfoley.com

Karina Pia Lucid
                    on behalf of Defendant Brian W. Mead klucid@karinalucidlaw.com
                    15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Keith A. Bonchi
                    on behalf of Creditor Brenda Pearson keith@gmslaw.com

Keith A. Bonchi
                    on behalf of Creditor Brian Eklund keith@gmslaw.com

Kimberly A. Wilson
                    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION kimwilson@raslg.com

Margaret Mcgee
                    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Artis
                    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael A. Artis
                    on behalf of U.S. Trustee United States Trustee michael.a.artis@usdoj.gov

Nicholas Norcia
                    on behalf of Trustee Bunce Atkinson nnorcia@kbtlaw.com
                    akelly@kbtlaw.com;wsheridan@kbtlaw.com;sschwimmer@kbtlaw.com

Philip William Allogramento
                    on behalf of Creditor Barnabas Health  Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento
                    on behalf of Plaintiff Barnabas Health  Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Phillip Andrew Raymond

Date Rcvd: Sep 06, 2024     Form ID: pdf903

on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Stephen Schwimmer, I

on behalf of Trustee Bunce Atkinson sschwimmer@kbtlaw.com akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com

Stephen Schwimmer, I

on behalf of Plaintiff Bunce D. Atkinson sschwimmer@kbtlaw.com akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com

Travis Graga

on behalf of Trustee Bunce Atkinson trgraga@norris-law.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

USTPRegion03.NE.ECF@usdoj.gov

William Charles Gattoni, Jr.

on behalf of Creditor Barnabas Health  Inc. wgattoni@connellfoley.com

William G. Wright

on behalf of Plaintiff Inspira Medical Centers  Inc. wwright@capehart.com, jlafferty@capehart.com

William G. Wright

on behalf of Creditor Inspira Medical Center  Inc. wwright@capehart.com, jlafferty@capehart.com

TOTAL: 38