| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>THE KELLY FIRM, PC<br>Coast Capital Building<br>1011 Highway 71, Suite 200<br>Spring Lake, New Jersey 07762-2030<br>(732) 449-0525<br>BA9186<br>Attorneys for Bunce D. Atkinson,<br>    Chapter 7 Trustee | Case No.:     21-17470<br><br>Chapter:     7 |
| In Re:<br><br>BRIAN W. MEAD,<br><br>                                Debtor. | Adv. No.:    <br><br>Hearing Date:    <br><br>Judge:     MBK |

## CERTIFICATION OF SERVICE

1. I,     Tricia E. DeRasmo     :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for     Bunce D. Atkinson    , who represents     Chapter 7 Trustee     in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On     September 23, 2024    , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Application for Approval of Appraiser's Commission and proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:     9/23/24                                /s/Tricia E. DeRasmo
                                                                                                                                                                                                   Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of The United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Karina Pia Lucid, Esquire<br>Karina Pia Lucid, Esq., LLC<br>105 Route 22 West<br>Suite 2B<br>Bridgewater, NJ 08807 | Attorney for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brian W. Mead<br>8 Beaver Brook Road<br>Ridgefield, CT 06877 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William G. Wright, Esquire<br>CAPEHART & SCATCHARD, P.A.<br>A Professional Corporation<br>8000 Midlantic Drive, Suite 300 S<br>Mt. Laurel, New Jersey 08054 | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JPMorgan Chase<br>c/o McCalla Raymer Leibert Pierce, LLC<br>485F US Highway 1 S, Suite 300<br>Iselin, NJ 08830 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Barnabas Health<br>c/o CONNELL FOLEY LLP<br>John P. Lacey<br>1085 Raymond Boulevard,<br>19th Floor<br>Newark, New Jersey 07102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Barnabas Health, Inc.<br>c/o CONNELL FOLEY LLP<br>William C. Gattoni Jr.<br>1085 Raymond Boulevard,<br>19th Floor<br>Newark, New Jersey 07102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cathleen Mead<br>c/o Rita Ginzburg Law, LLC<br>100 Douglas Rd.<br>2nd Floor<br>Far Hills, NJ 07931 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Derek Eisenberg<br>Continental Real Estate Services, Inc.<br>259 Kinderkamack Rd<br>Hackensack, NJ 07601 | Appraiser | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*