| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>THE KELLY FIRM, P.C.<br>Andrew J. Kelly, Esq.<br>1011 Highway 71, Suite 200<br>Spring Lake, NJ  07762<br>(732) 449-0525<br>akelly@kbtlaw.com<br>Attorneys for Bunce D. Atkinson,<br>Chapter 7 Trustee |

| | |
|---|---|
| In Re:<br><br>BRIAN W. MEAD,<br><br>　　　　　　　　　Debtor. | Case No. 21-17470-KCF<br><br>Judge: Chief Judge, Michael B. Kaplan<br><br>Chapter:  7 |

AUCTIONEER'S REPORT OF SALE

Auction Date:         September 19th, 2024

Location:             Onsite Auction: 116 Hale Ave, White Plains, NY

Assets Sold:          116 Hale Ave, White Plains, NY (Real Property)

Total Sale:           $495,000

Auction Advisors initiated a comprehensive marketing campaign featuring digital and social media, telemarketing, direct outreach, signage, and various promotional efforts. A prominent custom sign was created and strategically placed on the property. The property was listed on My State Multiple Listing Service (MLS)), reaching a broad audience across numerous websites such as ListHub, Realtor.com, Zillow, Trulia, Homes.com, HomeFinder.com, Nextdoor.com, Localize.city, List Globally, International, Juwai, IDX, and auction-specific platforms like PropertyAuction.com. A social media strategy was executed on platforms like Facebook, LinkedIn, X, Instagram, and more to target potential buyers interested in the market and surrounding areas. We directly engaged with regional brokers/agents who have active or recently closed listings in the area, informing them of the forthcoming auction and encouraging them to register interested buyers.

In total, 70 potential buyers registered and downloaded auction information from our website. We held one pre-scheduled inspection, inviting potential buyers to a property walkthrough. A total of 13 groups attended the inspection, often accompanied by advisors,

including a home inspector. An additional inspection took place immediately before the auction.

We received qualifying deposits of $25,000 each from 13 bidders, enabling their participation in the auction. The bidding was dynamic and competitive, with multiple parties engaged. Bidding increments were as follows:
$100,000
$200,000
$300,000
$350,000
$400,000
$425,000
$450,000
$475,000
$485,000
$490,000
$495,000

The highest bid was successfully made at a purchase price of $495,000.

High Bidder
Elisjon Vacaj
805 Adee Ave
Bronx, NY 10467


I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


/s/Oren Klein
Oren Klein     9/19/2024