| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Facsimile: 973-404-8886<br>Attorneys For Secured Creditor | |
| In Re:<br><br>**Brian W. Mead,**<br>    Debtor. | Case No.: 24-10194-SLM<br><br>Chapter: 7<br><br>Hearing Date: October 24, 2024<br><br>Judge: Michael B. Kaplan |

## LIMITED RESPONSE TO MOTION
## TO APPROVE SALE OF 116 HALE AVENUE, WHITE PLAINS, NY

U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor"), by and through undersigned counsel, hereby files its Limited Response to Motion to Approve Sale of 116 Hale Avenue, White Plains, NY (Docket No. 263) (hereinafter the "Motion") and, in support thereof, states as follows:

1. Brian W. Mead ("Debtor") filed the instant Chapter 13 Petition on September 23, 2021 (the "Petition Date").

2. Secured Creditor holds a security interest in the Debtor's real property located at 116 Hale Avenue, White Plains, NY 10605 (the "Property") by virtue of a Mortgage in the principal amount of $130,000.00, dated May 14, 1996 and recorded in the Office of the Clerk/Register of Deeds for Westchester County, state of New York on June 17, 1996 in Book 21699, at Page 123 (the "Mortgage").

3. On September 26, 2024, the Trustee, Bunce Atkinson ("Trustee") filed the instant Motion to Approve Sale (the "Motion"). The Trustee's Motion seeks the Court's approval to sell the Subject Property for $495,000.00 (the "Proposed Sale Price").

4. The estimated payoff of Secured Creditor's lien is $72,574.30 as of September 27, 2024. To obtain a formal payoff for closing the Debtor should contact the servicer, Selene, at 877-735-3637 for an updated payoff at or near the scheduled closing of the sale.

5. Secured Creditor does not object to the Debtor's Motion to the extent that any sale is subject to Secured Creditor's lien remaining attached to subject property until paid in full based upon an up to date payoff quote.

6. Furthermore, Secured Creditor requests the Order contain a provision stating failure to complete any sale within 90-days of entry of this Order will result in the Order authorizing the sale to be deemed moot.

7. Secured Creditor reserves the right to supplement this response at or prior to any hearing on this matter.

**WHEREFORE,** Secured Creditor respectfully requests entry of an order in compliance with the above conditions and for such other and further relief as the Court deems just and proper.

Dated:  October 1, 2024                     **Robertson, Anschutz, Schneid,**
                                            **Crane & Partners, PLLC**
                                            130 Clinton Road, Lobby B, Suite 202
                                            Fairfield, NJ 07004
                                            Telephone:  973-575-0707
                                            Attorneys for Secured Creditor

                                            By:  /s/ Kenneth J. Borger
                                            NJ Bar ID:   171092015
                                            Email:  kborger@raslg.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)  | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Facsimile: 973-404-8886<br>Attorneys For Secured Creditor | |
| **In Re:**<br><br>**Brian W. Mead,**<br>    **Debtor.** | Case No.: 24-10194-SLM<br><br>Chapter: 7<br><br>Hearing Date: October 24, 2024<br><br>Judge: Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I,  Kenneth J. Borger, Esq., represent Secured Creditor in this matter.

2. On October 1, 2024, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below. *Limited Response to Motion to Approve Sale of 116 Hale Avenue, White Plains, NY*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                   **Robertson, Anschutz, Schneid,**
                                                   **Crane & Partners, PLLC**
                                                   130 Clinton Road, Lobby B, Suite 202
                                                   Fairfield, NJ 07004
                                                   Telephone: 973-575-0707
                                                   Attorneys for Secured Creditor

                                                 By: /s/ Kenneth J. Borger
                                                 NJ Bar ID:    171092015
                                                 Email:  kborger@raslg.com

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Brian W. Mead<br>8 Beaver Brook Road<br>Ridgefield, CT 06877 | Debtor | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court*) |
| Adam G. Rosenberg<br>Adam G. Rosenberg, Esq. LLC<br>73 Paterson Street<br>2nd Floor<br>New Brunswick, NJ 08901 | Debtor's Attorney | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court*) |
| Bunce Atkinson<br>Bunce D. Atkinson, Chapter 7 Trustee<br>1011 Highway 71<br>Suite 200<br>Spring Lake, NJ 07762 | Trustee | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.