Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−17470−MBK
Chapter:  7
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian W. Mead
   8 Beaver Brook Road
   Ridgefield, CT 06877

Social Security No.:
   xxx−xx−5344

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on October 1, 2024, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 265 − 258
Order Granting Application For Compensation for Derek Eisenberg, fees awarded: $650.00, expenses awarded: $0.00 (Related Doc # 258). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/1/2024. (wiq)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 1, 2024
JAN: wiq

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-17470-MBK |
| Brian W. Mead | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 01, 2024 | Form ID: orderntc | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian W. Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004 |
| app | + Derek Eisenberg, Continental Real Estate Services, Inc., 259 Kinderkamack Rd, Hackensack, NJ 07601-5030 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2024              Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2024 at the address(es) listed below:**

**Name          Email Address**

Adam G. Rosenberg
    on behalf of Defendant Brian W. Mead adam@adamrosenbergesq.com
    office@adamrosenbergesq.com;rosenberg.adamb126671@notify.bestcase.com

Adam G. Rosenberg
    on behalf of Debtor Brian W. Mead adam@adamrosenbergesq.com
    office@adamrosenbergesq.com;rosenberg.adamb126671@notify.bestcase.com

Alan P. Fox
    on behalf of Creditor Inspira Medical Center  Inc. afox@capehart.com, whorton@capehart.com

Alan P. Fox
    on behalf of Plaintiff Inspira Medical Centers  Inc. afox@capehart.com, whorton@capehart.com

Alex Leight
    on behalf of Plaintiff Bunce D. Atkinson aleight@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Oct 01, 2024 | Form ID: orderntc | Total Noticed: 2 |

Alex Leight
    on behalf of Trustee Bunce Atkinson aleight@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com

Alex Leight
    on behalf of Plaintiff Bunce Atkinson aleight@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com

Alexandria Nikolinos
    on behalf of U.S. Trustee U.S. Trustee Alexandria.M.Nikolinos@hud.gov

Andrew J. Kelly
    on behalf of Attorney The Kelly Firm  P.C. akelly@kbtlaw.com,
    wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly
    on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com
    wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly
    on behalf of Spec. Counsel Alan R. Rosenberg akelly@kbtlaw.com
    wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly
    on behalf of Plaintiff Bunce Atkinson akelly@kbtlaw.com
    wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Anne S. Cantwell
    on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com
    fmcallister@shermansilverstein.com;jbaugh@shermansilverstein.com

Brian W. Hofmeister
    on behalf of Mediator Brian W. Hofmeister bwh@hofmeisterfirm.com  j119@ecfcbis.com

Bunce Atkinson
    on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com
    NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
    bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

David L. Stevens
    on behalf of Attorney Scura  Wigfield, Heyer, Stevens & Cammarota, LLP dstevens@scura.com,
    dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura

Denise E. Carlon
    on behalf of Creditor MEB Loan Trust VII dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

John P. Lacey
    on behalf of Creditor Barnabas Health  Inc. jlacey@connellfoley.com

Karina Pia Lucid
    on behalf of Defendant Brian W. Mead klucid@karinalucidlaw.com
    15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Keith A. Bonchi
    on behalf of Creditor Brenda Pearson keith@gmslaw.com

Keith A. Bonchi
    on behalf of Creditor Brian Eklund keith@gmslaw.com

Kimberly A. Wilson
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION kimwilson@raslg.com

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael A. Artis
    on behalf of U.S. Trustee United States Trustee michael.a.artis@usdoj.gov

Nicholas Norcia
    on behalf of Trustee Bunce Atkinson nnorcia@kbtlaw.com
    akelly@kbtlaw.com;wsheridan@kbtlaw.com;sschwimmer@kbtlaw.com

Philip William Allogramento
    on behalf of Creditor Barnabas Health  Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento
    on behalf of Plaintiff Barnabas Health  Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Phillip Andrew Raymond

| | |
|---|---|
| | on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Stephen Schwimmer, I | on behalf of Trustee Bunce Atkinson sschwimmer@kbtlaw.com akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com |
| Stephen Schwimmer, I | on behalf of Plaintiff Bunce D. Atkinson sschwimmer@kbtlaw.com akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com |
| Travis Graga | on behalf of Trustee Bunce Atkinson trgraga@norris-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William Charles Gattoni, Jr. | on behalf of Creditor Barnabas Health Inc. wgattoni@connellfoley.com |
| William G. Wright | on behalf of Plaintiff Inspira Medical Centers Inc. wwright@capehart.com, jlafferty@capehart.com |
| William G. Wright | on behalf of Creditor Inspira Medical Center Inc. wwright@capehart.com, jlafferty@capehart.com |
| William G. Wright | on behalf of Defendant Inspira Medical Centers Inc. wwright@capehart.com, jlafferty@capehart.com |

TOTAL: 39