Order Filed on October 30, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**THE KELLY FIRM, P.C.**
Andrew J. Kelly, Esq.
Bunce D. Atkinson, Esq.
Stephen A. Schwimmer, Esq.
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762
(732) 449-0525
akelly@kbtlaw.com
bunceatkinson@aol.com
sschwimer@kbtlaw.com
*Attorneys for the Trustee, Bunce D. Atkinson, Esq.*

| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| BRIAN W. MEAD, | Case No.: 21-17470-MEH |
| Debtor. | Hearing Date: October 28, 2024 at 1:00 p.m. |

**ORDER APPROVING SALE OF 116 HALE AVENUE, WHITE PLAINS, NEW YORK 10605, "AS IS," "WHERE IS," WITH NO WARRANTIES EXPRESS OR IMPLIED AND FREE AND CLEAR OF ALL LIENS CLAIMS AND ENCUMBRANCES, WITH LIENS, CLAIMS AND ENCUMBRANCES TO ATTACH TO PROCEEDS, AUTHORIZING THE TRUSTEE TO EXECUTE ALL CLOSING DOCUMENTS, MAKE DISTRIBUTIONS AND PROVIDING FOR A REPLACEMENT CONTRACT.**

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: October 30, 2024**

Honorable Mark E. Hall
United States Bankruptcy Judge

Page **2** of **4**

| | |
|---|---|
| Debtor: | Brian W. Mead |
| Case No.: | 21-17470 |
| Caption of Order: | ORDER APPROVING SALE OF 116 HALE AVENUE, WHITE PLAINS, NEW YORK 10605, "AS IS," "WHERE IS," WITH NO WARRANTIES EXPRESS OR IMPLIED AND FREE AND CLEAR OF ALL LIENS CLAIMS AND ENCUMBRANCES, WITH LIENS, CLAIMS AND ENCUMBRANCES TO ATTACH TO PROCEEDS, AUTHORIZING THE TRUSTEE TO EXECUTE ALL CLOSING DOCUMENTS, MAKE DISTRIBUTIONS AND PROVIDING FOR A REPLACEMENT CONTRACT. |

THIS MATTER having been opened to the Court by The Kelly Firm, P.C., attorneys for the Chapter 7 Trustee, Bunce D. Atkinson (the "Trustee") for the Debtor Estate of Brian W. Mead; and the Court having read and considered the Trustee's Motion and supporting pleadings seeking the entry of the within Order and any timely opposition filed; and the Court having considered the arguments of counsel at the hearing; and it appearing that proper notice and service has been provided and made as demonstrated by the Certification of Service filed with this Court; and for all the terms set forth on the record; and for good cause being shown; it is hereby

ORDERED AS FOLLOWS:

1. The public auction by the Trustee by and through the Court approved auctioneer of the real property located at 116 Hale Avenue, White Plains, New York 10605, a/k/a Block 2, Lot 10 on the Tax Map of the Borough of White Plains (the "Property") in which Elisjon Vacaj, hereinafter "Vacaj", was the successful bidder and the Contract of Sale executed by the Trustee and Vacaj for the sum of $495,000.00 is approved.

2. The Trustee be and hereby is authorized to execute any and all documents necessary to effectuate the sale of the Property to Vacaj and/or his assigns, including but not limited to a Trustee Deed, Affidavit of Title, and Closing Statement, and to make payment to any Mortgagee for the balance due, and to pay to the City of White Plains any outstanding real estate taxes. The Trustee is also authorized to pay the Auctioneer without further order of

Debtor:                    Brian W. Mead

Case No.:                  21-17470

Caption of Order:          ORDER APPROVING SALE OF 116 HALE AVENUE, WHITE PLAINS, NEW
                           YORK 10605, "AS IS," "WHERE IS," WITH NO WARRANTIES EXPRESS OR
                           IMPLIED AND FREE AND CLEAR OF ALL LIENS CLAIMS AND
                           ENCUMBRANCES, WITH LIENS, CLAIMS AND ENCUMBRANCES TO
                           ATTACH TO PROCEEDS, AUTHORIZING THE TRUSTEE TO EXECUTE ALL
                           CLOSING DOCUMENTS, MAKE DISTRIBUTIONS AND PROVIDING FOR A
                           REPLACEMENT CONTRACT.

the Court, the Auctioneer's 8% commission ($39,000) based upon the sale price and up to

$2,500 of expenses in accordance with D.N.J. LBR 2016-1.

3. The sale of the Property by the Trustee is "AS IS," "WHERE IS," with no warranties

   express or implied, including but not limited to warranties of Fitness for a Particular

   Purpose or for Habitability. The sale is free and clear of all liens, including all judgments

   of foreclosure, mortgages, real estate tax liens, tax liens, judgments, and encumbrances,

   with valid liens, claims and encumbrances, to attach to the proceeds of sale.

4. Vacaj is a disinterested person as defined by 11 U.S.C, 363m. and is entitled to all of the

   protections afforded under the Bankruptcy Code and case law as a disinterested buyer.

5. In the event Vacaj defaults and does not close title when scheduled, the Trustee is

   authorized to sell the real property to Juana P. Valentin the backup bidder for $490,000

   Except for the purchase price, the contract of sale to any Replacement Buyer shall contain

   the same terms and conditions as contained in the contract of sale with Vacaj.  Upon

   obtaining such a contract of sale, the Trustee is authorized to submit it to the Court for an

   order of approval of the sale and contract on five (5) days' notice to parties in interest.

6. Trustee shall advise counsel for the Secured Creditor, U.S. Bank Trust National

   Association not in its individual capacity but solely as owner Trustee for RCAF

   Acquisition Trust (the "Secured Creditor"), of the anticipated closing date. On or before

   the fifth business day prior to the closing date, the Secured Creditor shall provide the

   Trustee with a payoff letter indicating the amount due and owing on account of its

Page **4** of **4**
Debtor:                          Brian W. Mead
Case No.:                        21-17470
Caption of Order:                ORDER APPROVING SALE OF 116 HALE AVENUE, WHITE PLAINS, NEW
                                 YORK 10605, "AS IS," "WHERE IS," WITH NO WARRANTIES EXPRESS OR
                                 IMPLIED AND FREE AND CLEAR OF ALL LIENS CLAIMS AND
                                 ENCUMBRANCES, WITH LIENS, CLAIMS AND ENCUMBRANCES TO
                                 ATTACH TO PROCEEDS, AUTHORIZING THE TRUSTEE TO EXECUTE ALL
                                 CLOSING DOCUMENTS, MAKE DISTRIBUTIONS AND PROVIDING FOR A
                                 REPLACEMENT CONTRACT.

mortgage lien effective for thirty (30) days and provide the address to which the payments

should be sent and/or transfer instructions. At closing, the Trustee or the closing agent

shall pay the Secured Creditor the amount due and owing on account of its mortgage lien.

Upon payment to the Secured Creditor, the mortgage lien shall be deemed satisfied and

discharged, and the Secured Creditor shall discharge the mortgage within five (5) business

days of receipt of the payoff amount.

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 21-17470-MEH

Brian W. Mead                                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 3
Date Rcvd: Oct 30, 2024                       Form ID: pdf903                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2024:**

**Recip ID          Recipient Name and Address**
db              +  Brian W. Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 01, 2024                   Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Adam G. Rosenberg | on behalf of Defendant Brian W. Mead adam@adamrosenbergesq.com office@adamrosenbergesq.com;rosenberg.adamb126671@notify.bestcase.com |
| Adam G. Rosenberg | on behalf of Debtor Brian W. Mead adam@adamrosenbergesq.com office@adamrosenbergesq.com;rosenberg.adamb126671@notify.bestcase.com |
| Alan P. Fox | on behalf of Creditor Inspira Medical Center  Inc. afox@capehart.com, whorton@capehart.com |
| Alan P. Fox | on behalf of Plaintiff Inspira Medical Centers  Inc. afox@capehart.com, whorton@capehart.com |
| Alex Leight | on behalf of Plaintiff Bunce D. Atkinson aleight@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com |

Alex Leight
on behalf of Trustee Bunce Atkinson aleight@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com

Alex Leight
on behalf of Plaintiff Bunce Atkinson aleight@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com

Alexandria Nikolinos
on behalf of U.S. Trustee U.S. Trustee Alexandria.M.Nikolinos@hud.gov

Andrew J. Kelly
on behalf of Attorney The Kelly Firm P.C. akelly@kbtlaw.com,
wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly
on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com
wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly
on behalf of Spec. Counsel Alan R. Rosenberg akelly@kbtlaw.com
wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly
on behalf of Plaintiff Bunce Atkinson akelly@kbtlaw.com
wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Anne S. Cantwell
on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com
fmcallister@shermansilverstein.com;jbaugh@shermansilverstein.com

Brian W. Hofmeister
on behalf of Mediator Brian W. Hofmeister bwh@hofmeisterfirm.com j119@ecfcbis.com

Bunce Atkinson
on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com
NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

David L. Stevens
on behalf of Attorney Scura Wigfield, Heyer, Stevens & Cammarota, LLP dstevens@scura.com,
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromer
o@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura

Denise E. Carlon
on behalf of Creditor MEB Loan Trust VII dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

John P. Lacey
on behalf of Creditor Barnabas Health Inc. jlacey@connellfoley.com

Karina Pia Lucid
on behalf of Defendant Brian W. Mead klucid@karinalucidlaw.com
15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Keith A. Bonchi
on behalf of Creditor Brenda Pearson keith@gmslaw.com

Keith A. Bonchi
on behalf of Creditor Brian Eklund keith@gmslaw.com

Kenneth Borger, Jr
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION kborger@raslg.com

Kimberly A. Wilson
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION kimwilson@raslg.com

Margaret Mcgee
on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Artis
on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael A. Artis
on behalf of U.S. Trustee United States Trustee michael.a.artis@usdoj.gov

Nicholas Norcia
on behalf of Trustee Bunce Atkinson nnorcia@kbtlaw.com
akelly@kbtlaw.com;wsheridan@kbtlaw.com;sschwimmer@kbtlaw.com

Philip William Allogramento
on behalf of Creditor Barnabas Health Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento

on behalf of Plaintiff Barnabas Health  Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Phillip Andrew Raymond

on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Stephen Schwimmer, I

on behalf of Trustee Bunce Atkinson sschwimmer@kbtlaw.com
akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com

Stephen Schwimmer, I

on behalf of Plaintiff Bunce D. Atkinson sschwimmer@kbtlaw.com
akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com

Travis Graga

on behalf of Trustee Bunce Atkinson trgraga@norris-law.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

USTPRegion03.NE.ECF@usdoj.gov

William Charles Gattoni, Jr.

on behalf of Creditor Barnabas Health  Inc. wgattoni@connellfoley.com

William G. Wright

on behalf of Plaintiff Inspira Medical Centers  Inc. wwright@capehart.com, jlafferty@capehart.com

William G. Wright

on behalf of Creditor Inspira Medical Center  Inc. wwright@capehart.com, jlafferty@capehart.com

William G. Wright

on behalf of Defendant Inspira Medical Centers  Inc. wwright@capehart.com, jlafferty@capehart.com

TOTAL: 40