UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | * | |
| BRIAN W. MEAD, | * | CASE NO. 21-17470 |
| Debtor | * | CHAPTER 7 |
| | * | |

********************************************************************************

TRUSTEE'S REPORT OF SALE

DATE OF SALE: January 28, 2025

TYPE OF SALE: Private Sale

PROPERTY SOLD: 116 Hale Avenue, White Plains, NY

PURCHASERS: Albania, Inc.

PRICE: $495,000.00

TRUSTEE'S ESTIMATED COMMISSION: $39,600.00 and subject to Court approval.

TRUSTEE'S ATTORNEY'S ESTIMATED FEES: $0.00, and subject to Court approval.

LIENS PAID FROM SALE: $77,470.62

ANTICIPATED NET TO ESTATE: $377,929.38

BANK WHERE NET TO ESTATE IS INVESTED: Metropolitan Commercial Bank

AMOUNT DISBURSED TO DATE/RETAINED BY TRUSTEE: $0/$391,199.87

DATE: 2/19/25

/s/Bunce D. Atkinson, Trustee

BUNCE D. ATKINSON, Ch. 7 Trustee
1011 Highway 71, Suite 200
Spring Lake, NJ 07762
(732) 449-0525

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of February, 2025, copies of the foregoing Report of Sale were served as follows:

**via CM/ECF Service and First Class Mail:**

Adam G. Rosenberg, Esquire.
73 Paterson Street
2nd Floor
New Brunswick, NJ 08901
Attorney for Debtor

Office of the U.S. Trustee
One Newark Center
1085 Raymond Boulevard
Suite 2100
Newark, NJ 07102

**via First Class Mail:**

Brian W. Mead
8 Beaver Brook Road
Ridgefield, CT 06877
Debtor

Selene Finance LP
PO Box 8619
Philadelphia, PA 19101-8619
Creditor

Kenneth J. Borger, Esquire
Robertson Anschutz Schneid Crane & Partners, PLLC
130 Clinton Road
Lobby B, Suite 202
Fairfield, NJ 07004
Attorney for Selene Finance, LP, Creditor

/s/Bunce D. Atkinson, Trustee
BUNCE D. ATKINSON, Ch 7 Trustee