| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br><br>Authorized Agent for Secured Creditor<br><br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Facsimile: 973-404-8886<br><br>Cory F. Woerner (296702019) | Order Filed on May 14, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Brian W. Mead**,<br><br>  **Debtor.** | Case No.: 21-17470-MEH<br><br>Chapter: 7<br><br>Hearing Date: May 14, 2025<br><br>Judge: Mark Edward Hall |

Recommended Local Form:   ☒ Followed   ☐ Modified

**ORDER GRANTING MOTION FOR RELIEF FROM STAY and CO-DEBTOR STAY**

The relief set forth on the following pages, numbered 2 through 3, is hereby **ORDERED.**

**DATED: May 14, 2025**

_/s/ Mark E. Hall_
Honorable Mark E. Hall
United States Bankruptcy Judge

Page **2**
Debtors:     Brian W. Mead
Case No.:   21-17470-MEH
Caption of Order:  **Order Vacating Stay and Co-Debtor Stay**

---

Upon the motion of Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property and co-debtor stay pursuant to 11 U.S.C. § 1301 as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Real property more fully described as:

8 Beaver Brook Road, Ridgefield, CT 06877

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

Page **3**
Debtors:     Brian W. Mead
Case No.:    21-17470-MEH
Caption of Order:  **Order Vacating Stay and Co-Debtor Stay**

---

It is further ORDERED that the Co-Debtor stay under 11 U.S.C. 1301 is vacated.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

Order Vacating Stay and Co-Debtor Stay

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-17470-MEH |
| Brian W. Mead | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: May 14, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

**Recip ID        Recipient Name and Address**
db              + Brian W. Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2025             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G. Rosenberg | on behalf of Defendant Brian W. Mead adam@adamrosenbergesq.com office@adamrosenbergesq.com;rosenberg.adamb126671@notify.bestcase.com |
| Adam G. Rosenberg | on behalf of Debtor Brian W. Mead adam@adamrosenbergesq.com office@adamrosenbergesq.com;rosenberg.adamb126671@notify.bestcase.com |
| Alan P. Fox | on behalf of Creditor Inspira Medical Center  Inc. afox@capehart.com, whorton@capehart.com |
| Alan P. Fox | on behalf of Plaintiff Inspira Medical Centers  Inc. afox@capehart.com, whorton@capehart.com |
| Alan P. Fox | on behalf of Defendant Inspira Medical Centers  Inc. afox@capehart.com, whorton@capehart.com |
| Alex Leight | |

District/off: 0312-3   User: admin   Page 2 of 3
Date Rcvd: May 14, 2025   Form ID: pdf903   Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Plaintiff Bunce D. Atkinson aleight@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| Alex Leight | on behalf of Trustee Bunce Atkinson aleight@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| Alex Leight | on behalf of Plaintiff Bunce Atkinson aleight@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee Alexandria.M.Nikolinos@hud.gov |
| Andrew J. Kelly | on behalf of Attorney The Kelly Firm P.C. akelly@kbtlaw.com, wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com |
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com |
| Andrew J. Kelly | on behalf of Spec. Counsel Alan R. Rosenberg akelly@kbtlaw.com wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com |
| Andrew J. Kelly | on behalf of Plaintiff Bunce Atkinson akelly@kbtlaw.com wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com |
| Anne S. Cantwell | on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com fmcallister@shermansilverstein.com;jbaugh@shermansilverstein.com |
| Brian W. Hofmeister | on behalf of Mediator Brian W. Hofmeister bwh@hofmeisterfirm.com j119@ecfcbis.com |
| Bunce Atkinson | on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Bunce Atkinson | bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Cory Francis Woerner | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION cwoerner@raslg.com |
| David L. Stevens | on behalf of Attorney Scura Wigfield, Heyer, Stevens & Cammarota, LLP dstevens@scura.com, dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com |
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust VII dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Ira Deiches | on behalf of Mediator Ira Deiches iradeiches@deicheslaw.com deichesir85617@notify.bestcase.com |
| John P. Lacey | on behalf of Creditor Barnabas Health Inc. jlacey@connellfoley.com |
| Karina Pia Lucid | on behalf of Defendant Brian W. Mead 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com |
| Keith A. Bonchi | on behalf of Creditor Brenda Pearson keith@gmslaw.com |
| Keith A. Bonchi | on behalf of Creditor Brian Eklund keith@gmslaw.com |
| Kenneth Borger, Jr | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION kborger@raslg.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael A. Artis | on behalf of U.S. Trustee United States Trustee michael.a.artis@usdoj.gov |
| Nicholas Norcia | on behalf of Trustee Bunce Atkinson nnorcia@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com;sschwimmer@kbtlaw.com |

| | |
|---|---|
| District/off: 0312-3 | User: admin |
| Date Rcvd: May 14, 2025 | Form ID: pdf903 |

Page 3 of 3
Total Noticed: 1

Philip William Allogramento
    on behalf of Creditor Barnabas Health Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento
    on behalf of Plaintiff Barnabas Health Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Phillip Andrew Raymond
    on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Stephen Schwimmer, I
    on behalf of Trustee Bunce Atkinson sschwimmer@kbtlaw.com akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com

Stephen Schwimmer, I
    on behalf of Plaintiff Bunce D. Atkinson sschwimmer@kbtlaw.com akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com

Travis Graga
    on behalf of Trustee Bunce Atkinson travisgraga@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William Charles Gattoni, Jr.
    on behalf of Creditor Barnabas Health Inc. wgattoni@connellfoley.com

William G. Wright
    on behalf of Plaintiff Inspira Medical Centers Inc. wwright@capehart.com, jlafferty@capehart.com

William G. Wright
    on behalf of Creditor Inspira Medical Center Inc. wwright@capehart.com, jlafferty@capehart.com

William G. Wright
    on behalf of Defendant Inspira Medical Centers Inc. wwright@capehart.com, jlafferty@capehart.com

TOTAL: 42