Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21–17470–EJO
Chapter:  7
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brian W. Mead
8 Beaver Brook Road
Ridgefield, CT 06877

Social Security No.:
xxx–xx–5344

Employer's Tax I.D. No.:

### NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Eamonn James O'Hagan on:

Date:      6/4/26
Time:         02:00 PM
Location:     Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Andrew J. Kelly, Trustee's Attorney

COMMISSION OR FEES
Fees: $95,671.50

EXPENSES
$174.76

If this is a chapter 13 case, the fees and expenses awarded:

☐     will not reduce the amount to be paid to general unsecured
        creditors under the plan.

☐     will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 6, 2026

JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 21-17470-EJO |
|---|---|
| Brian W. Mead | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: May 06, 2026 | Form ID: 137 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian W. Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004 |
| aty | + | The Kelly Firm, P.C., 1011 Highway 71, Suite 200, Spring Lake, NJ 07762-3232 |
| sp | + | Alan R. Rosenberg, MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A, 9130 South Dadeland Boulevard, Suite 1800, Miami, FL 33156-7858 |
| auc | + | Auction Advisors, 26 Park Street, Suite 2200, Monclair, NJ 07042-3434 |
| cr | + | Brenda Pearson, 2273 West 21st Street, Los Angeles, CA 90018-1327 |
| cr | + | Brian Eklund, 2273 West 21st Street, Los Angeles, CA 90018-1327 |
| app | + | Derek Eisenberg, Continental Real Estate Services, Inc., 259 Kinderkamack Rd, Hackensack, NJ 07601-5030 |
| auc | + | Integrated Property Group Advisors, LLC d/b/a Auct, 26 Park Street, Suite 2200, Montclair, NJ 07042-3434 |
| sp | + | Law Office of Mark Faro, LLC., 151 W. Passaic Street, 2nd Fl Ste 17, Rochelle Park, NJ 07662-3105 |
| app | + | Skyline Appraisals, Inc., 650 Halstead Avenue, Mamaroneck, NY 10543-2742 |
| app | + | Skyline Appraisals, Inc. Inc., 650 Halstead Ave., Mamaroneck, NY 10543-2742 |
| acc | + | Timothy J. King, CPA, 347 Mount Pleasant Avenue, Suite 200, West Orange, NJ 07052-2749 |
| 519529729 | + | Amelia Romando, 127 Hale Ave, White Plains, NY 10605-1415 |
| 519331569 | + | Anasthesia Associates of, Danbury, 6 Germantown Road #5, Danbury, CT 06810-5027 |
| 519551017 | + | Barnabas Health, Inc. d/b/a RWJBH Corporate Servic, 95 Old Short Hills Road, West Orange, New Jersey 07052-1008 |
| 519529723 | + | Brian Eklund & Brenda, Pearson, 2273 W 21st St, Los Angeles, CA 90018-1327 |
| 519331572 | + | Capehart & Scatchard, PA, 8000 Midlantic Drive, Suite 300S, PO BOX 5016, Mount Laurel, NJ 08054-5016 |
| 519550595 | + | Cathleen A. Mead, Rita Ginzburg Law, LLC, 100 Douglas Rd., 2nd Floor, Far Hills, NJ 07931-2512 |
| 519314686 | + | Contemporary Dental Implants, 1825 Barnum Avenue, Suite 303, Stratford, CT 06614-5333 |
| 519529730 | + | Elio Miranda, 116 Hale Ave, White Plains, NY 10605-1416 |
| 519529731 | + | George Lesinck, 135 Seagrape Drive, Unit 204, Jupiter, FL 33458-7888 |
| 519509414 | + | Inspira Medical Centers, Inc., c/o William G. Wright, Esquire, 8000 Midlantic Drive, Suite 300S, Mount Laurel, NJ 08054-1526 |
| 519331574 | + | John P. Lacey, Esq., Connell Foley, LLP., One Newark Center, 1085 Raymond Blvd., 19th Floor, Newark, NJ 07102-5218 |
| 519504233 | + | Karolyn Prisciandaro Speech Pathology, P.C., Stephen P. Dewey, Esq., P.C. (File 20431, PO Box 2511, Briarcliff Manor, NY 10510-8111 |
| 519529724 | + | Kathleen Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004 |
| 519529722 | + | Keith Bonchi, Esquire, 660 New Road, 1st Fl, Northfield, NJ 08225-1668 |
| 519331575 | + | Touchstone Technology Consulting, Ops Inc, 8 Beaver Brook Road, Ridgefield, CT 06877-1004 |
| 519529737 | | Zsuzanna Valisik, 106 Locustberry Lane, Jupiter, FL 33458 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 06 2026 21:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 06 2026 21:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: legalservices@pbctax.com | May 06 2026 21:32:00 | Palm Beach County Tax Collector, P.O. Box 3715, West Palm Beach, FL 33402-3715 |

District/off: 0312-3                          User: admin                                      Page 2 of 5

Date Rcvd: May 06, 2026                       Form ID: 137                                      Total Noticed: 48

| cr | + Email/Text: RASEBN@raslg.com | May 06 2026 21:31:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
|---|---|---|---|
| 519314687 | Email/Text: service@creditcenterinc.com | May 06 2026 21:32:00 | Credit Center Inc, Attn: Bankruptcy, 7 Finance Drive, Danbury, CT 06810 |
| 519314684 | + Email/PDF: ais.chase.ebn@aisinfo.com | May 06 2026 21:40:52 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 519314685 | Email/PDF: ais.chase.ebn@aisinfo.com | May 06 2026 21:40:41 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 519314688 | + Email/PDF: creditonebknotifications@resurgent.com | May 06 2026 21:40:32 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519314689 | ^ MEBN | May 06 2026 21:30:39 | Danbury Hospital / Nuvance, 24 Hospital Ave, Danbury, CT 06810-6077 |
| 519331570 | + Email/Text: robbinsa1@ihn.org | May 06 2026 21:32:00 | Inspira Medical Center, 333 Irving Avenue, Bridgeton, NJ 08302-2123 |
| 519323652 | + Email/Text: sbse.cio.bnc.mail@irs.gov | May 06 2026 21:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519328603 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 06 2026 21:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519453449 | Email/PDF: resurgentbknotifications@resurgent.com | May 06 2026 21:40:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519483151 | + Email/Text: legalservices@pbctax.com | May 06 2026 21:32:00 | Palm Beach County Tax Collector, Attn. Legal Services, P.O. Box 3715, West Palm Beach, FL 33402-3715 |
| 519453411 | Email/PDF: resurgentbknotifications@resurgent.com | May 06 2026 21:40:33 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519349743 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 06 2026 21:31:00 | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 519314690 | + Email/Text: bankruptcy@sw-credit.com | May 06 2026 21:32:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 519331573 | + Email/Text: ebn@rwjbh.org | May 06 2026 21:33:00 | Saint Barnabas Medical Center, 94 Old Short Hills Road, Livingston, NJ 07039-5668 |
| 520239224 | + Email/Text: RASEBN@raslg.com | May 06 2026 21:31:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 519484482 | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 06 2026 21:32:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Cathleen Mead |
| 519331571 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| aty | ##+ | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, 1599 Hamburg Turnpike, P.O. Box 2031, Wayne, NJ 07474-2031 |
| app | ##+ | Benchmark Appraisal, Inc., Fountain 9 Mall, 2153 Highway 35, Sea Girt, NJ 08750-1005 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

District/off: 0312-3 | User: admin | Page 3 of 5
Date Rcvd: May 06, 2026 | Form ID: 137 | Total Noticed: 48

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam G. Rosenberg | on behalf of Defendant Brian W. Mead adam@adamrosenbergesq.com office@adamrosenbergesq.com;rosenberg.adamb126671@notify.bestcase.com |
| Adam G. Rosenberg | on behalf of Debtor Brian W. Mead adam@adamrosenbergesq.com office@adamrosenbergesq.com;rosenberg.adamb126671@notify.bestcase.com |
| Alan P. Fox | on behalf of Plaintiff Inspira Medical Centers  Inc. afox@capehart.com, whorton@capehart.com |
| Alan P. Fox | on behalf of Defendant Inspira Medical Centers  Inc. afox@capehart.com, whorton@capehart.com |
| Alan P. Fox | on behalf of Creditor Inspira Medical Center  Inc. afox@capehart.com, whorton@capehart.com |
| Alex Leight | on behalf of Plaintiff Bunce Atkinson aleight@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| Alex Leight | on behalf of Plaintiff Bunce D. Atkinson aleight@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| Alex Leight | on behalf of Trustee Bunce Atkinson aleight@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee Alexandria.M.Nikolinos@hud.gov |
| Andrew J. Kelly | on behalf of Attorney The Kelly Firm  P.C. akelly@kbtlaw.com, wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com |
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com |
| Andrew J. Kelly | on behalf of Spec. Counsel Alan R. Rosenberg akelly@kbtlaw.com wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com |
| Andrew J. Kelly | on behalf of Plaintiff Bunce Atkinson akelly@kbtlaw.com wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com |
| Anne S. Cantwell | on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com fmcallister@shermansilverstein.com;jbaugh@shermansilverstein.com |
| Brian W. Hofmeister | on behalf of Mediator Brian W. Hofmeister bwh@hofmeisterfirm.com  j119@ecfcbis.com |
| Bunce Atkinson | on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |

District/off: 0312-3

User: admin

Page 4 of 5

Date Rcvd: May 06, 2026

Form ID: 137

Total Noticed: 48

Bunce Atkinson
bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Cory Francis Woerner
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION cwoerner@raslg.com

David L. Stevens
on behalf of Attorney Scura  Wigfield, Heyer, Stevens & Cammarota, LLP dstevens@scura.com,
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromer
o@scura.com;spereyra@scura.com;dwoody@scura.com;ralrehaili@scura.com;moueslati@scura.com

Ira Deiches
on behalf of Mediator Ira Deiches iradeiches@deicheslaw.com  deichesir85617@notify.bestcase.com

John P. Lacey
on behalf of Creditor Barnabas Health  Inc. jlacey@connellfoley.com

Karina Pia Lucid
on behalf of Defendant Brian W. Mead 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com

Keith A. Bonchi
on behalf of Creditor Brenda Pearson keith@gmslaw.com

Keith A. Bonchi
on behalf of Creditor Brian Eklund keith@gmslaw.com

Kenneth Borger, Jr
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION kborger@raslg.com

Margaret Mcgee
on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Matthew K. Fissel
on behalf of Creditor MEB Loan Trust VII bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Michael A. Artis
on behalf of U.S. Trustee United States Trustee michael.a.artis@usdoj.gov

Michael A. Artis
on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Nicholas Norcia
on behalf of Trustee Bunce Atkinson nnorcia@kbtlaw.com
akelly@kbtlaw.com;wsheridan@kbtlaw.com;sschwimmer@kbtlaw.com

Philip William Allogramento
on behalf of Creditor Barnabas Health  Inc. phil.allogramento@kennedyslaw.com, mcaggiano@connellfoley.com

Philip William Allogramento
on behalf of Plaintiff Barnabas Health  Inc. phil.allogramento@kennedyslaw.com, mcaggiano@connellfoley.com

Phillip Andrew Raymond
on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com,
mccallaecf@ecf.courtdrive.com

Stephen A. Schwimmer
on behalf of Trustee Bunce Atkinson sschwimmer@kbtlaw.com
akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com

Stephen A. Schwimmer
on behalf of Plaintiff Bunce D. Atkinson sschwimmer@kbtlaw.com
akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com

Travis Graga
on behalf of Trustee Bunce Atkinson travisgraga@gmail.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
USTPRegion03.NE.ECF@usdoj.gov

William Charles Gattoni, Jr.
on behalf of Creditor Barnabas Health  Inc. wgattoni@connellfoley.com

William G. Wright
on behalf of Defendant Inspira Medical Centers  Inc. wwright@capehart.com, jlafferty@capehart.com

William G. Wright
on behalf of Plaintiff Inspira Medical Centers  Inc. wwright@capehart.com, jlafferty@capehart.com

William G. Wright
on behalf of Creditor Inspira Medical Center  Inc. wwright@capehart.com, jlafferty@capehart.com

District/off: 0312-3

Date Rcvd: May 06, 2026

TOTAL: 42

User: admin

Form ID: 137

Page 5 of 5

Total Noticed: 48