UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

THE KELLY FIRM, P.C.
Andrew J. Kelly, Esq.
Bunce D. Atkinson, Esq.
1011 Highway 71, Suite 200
Spring Lake, NJ  07762
Attorneys for Bunce D. Atkinson, the Chapter 7 Trustee
732-449-0525
akelly@kbtlaw.com

In Re:

  BRIAN W. MEAD,
            Debtor.

**Order Filed on June 4, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: ___21-17470___

Hearing Date: ___June 4, 2026___

Judge: ___EJO___

Chapter: ___7___

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 4, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| The Kelly Firm, P.C. | $95,671.50 | $174.76 |

*rev.8/1/15*