UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

THE KELLY FIRM, P.C.
Andrew J. Kelly, Esq.
Bunce D. Atkinson, Esq.
1011 Highway 71, Suite 200
Spring Lake, NJ  07762
Attorneys for Bunce D. Atkinson, the Chapter 7 Trustee
732-449-0525
akelly@kbtlaw.com

In Re:

BRIAN W. MEAD,
　　　　　　Debtor.

**Order Filed on June 4, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: ___21-17470___

Hearing Date: ___June 4, 2026___

Judge: ___EJO___

Chapter: ___7___

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 4, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| The Kelly Firm, P.C. | $95,671.50 | $174.76 |

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 21-17470-EJO

Brian W. Mead                                                              Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                     User: admin                              Page 1 of 3

Date Rcvd: Jun 04, 2026                  Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

**Recip ID                    Recipient Name and Address**
db                        +  Brian W. Mead, 8 Beaver Brook Road, Ridgefield, CT 06877-1004

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

**Name                        Email Address**

Adam G. Rosenberg
    on behalf of Defendant Brian W. Mead arosenbergesq@gmail.com
    office@adamrosenbergesq.com;rosenberg.adamb126671@notify.bestcase.com

Adam G. Rosenberg
    on behalf of Debtor Brian W. Mead arosenbergesq@gmail.com
    office@adamrosenbergesq.com;rosenberg.adamb126671@notify.bestcase.com

Alan P. Fox
    on behalf of Defendant Inspira Medical Centers  Inc. afox@capehart.com, whorton@capehart.com

Alan P. Fox
    on behalf of Plaintiff Inspira Medical Centers  Inc. afox@capehart.com, whorton@capehart.com

Alan P. Fox
    on behalf of Creditor Inspira Medical Center  Inc. afox@capehart.com, whorton@capehart.com

Alex Leight

District/off: 0312-3      User: admin      Page 2 of 3

Date Rcvd: Jun 04, 2026      Form ID: pdf903      Total Noticed: 1

on behalf of Plaintiff Bunce Atkinson aleight@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com

Alex Leight

on behalf of Trustee Bunce Atkinson aleight@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com

Alex Leight

on behalf of Plaintiff Bunce D. Atkinson aleight@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com

Alexandria Nikolinos

on behalf of U.S. Trustee U.S. Trustee Alexandria.M.Nikolinos@hud.gov

Andrew J. Kelly

on behalf of Plaintiff Bunce Atkinson akelly@kbtlaw.com
wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly

on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com
wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly

on behalf of Attorney The Kelly Firm P.C. akelly@kbtlaw.com,
wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Andrew J. Kelly

on behalf of Spec. Counsel Alan R. Rosenberg akelly@kbtlaw.com
wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Anne S. Cantwell

on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com
fmcallister@shermansilverstein.com;jbaugh@shermansilverstein.com

Brian W. Hofmeister

on behalf of Mediator Brian W. Hofmeister bwh@hofmeisterfirm.com j119@ecfcbis.com

Bunce Atkinson

on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com
NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson

bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Cory Francis Woerner

on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION cwoerner@raslg.com

David L. Stevens

on behalf of Attorney Scura Wigfield, Heyer, Stevens & Cammarota, LLP dstevens@scura.com,
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromer
o@scura.com;spereyra@scura.com;ralrehaili@scura.com;moueslati@scura.com;dhock@scura.com

Ira Deiches

on behalf of Mediator Ira Deiches iradeiches@deicheslaw.com deichesir85617@notify.bestcase.com

John P. Lacey

on behalf of Creditor Barnabas Health Inc. jlacey@connellfoley.com

Karina Pia Lucid

on behalf of Defendant Brian W. Mead 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com

Keith A. Bonchi

on behalf of Creditor Brian Eklund keith@gmslaw.com

Keith A. Bonchi

on behalf of Creditor Brenda Pearson keith@gmslaw.com

Kenneth Borger, Jr

on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION kborger@raslg.com

Margaret Mcgee

on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Matthew K. Fissel

on behalf of Creditor MEB Loan Trust VII bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com

Michael A. Artis

on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael A. Artis

on behalf of U.S. Trustee United States Trustee michael.a.artis@usdoj.gov

Nicholas Norcia

on behalf of Trustee Bunce Atkinson nnorcia@kbtlaw.com
akelly@kbtlaw.com;wsheridan@kbtlaw.com;sschwimmer@kbtlaw.com

District/off: 0312-3    User: admin    Page 3 of 3

Date Rcvd: Jun 04, 2026    Form ID: pdf903    Total Noticed: 1

Philip William Allogramento

on behalf of Plaintiff Barnabas Health  Inc. phil.allogramento@kennedyslaw.com, andrea.viera@kennedyslaw.com

Philip William Allogramento

on behalf of Creditor Barnabas Health  Inc. phil.allogramento@kennedyslaw.com, andrea.viera@kennedyslaw.com

Phillip Andrew Raymond

on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com,
mccallaecf@ecf.courtdrive.com

Stephen A. Schwimmer

on behalf of Plaintiff Bunce D. Atkinson sschwimmer@kbtlaw.com

Stephen A. Schwimmer

on behalf of Trustee Bunce Atkinson sschwimmer@kbtlaw.com

Travis Graga

on behalf of Trustee Bunce Atkinson travisgraga@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

USTPRegion03.NE.ECF@usdoj.gov

William Charles Gattoni, Jr.

on behalf of Creditor Barnabas Health  Inc. wgattoni@connellfoley.com

William G. Wright

on behalf of Defendant Inspira Medical Centers  Inc. wwright@capehart.com, jlafferty@capehart.com

William G. Wright

on behalf of Plaintiff Inspira Medical Centers  Inc. wwright@capehart.com, jlafferty@capehart.com

William G. Wright

on behalf of Creditor Inspira Medical Center  Inc. wwright@capehart.com, jlafferty@capehart.com


TOTAL: 42